FILED

2022 MAY 27  PM 3: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY. EEE

1    Mareine M. Plong,     [Sovereign]
2    Brendem Plong,     [Sovereign]
   **"In Care Of"**
3    1720 W. Imperial Ave
   Lancaster, CA [93534]
4    Tel: (818) 448-1539
   Email: mareinep@aol.com
5

6    Plaintiffs in Pro Per

7

8            **UNITED STATES DISTRICT COURT**

9            **CETRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| Mareine M. Plong & Brendem Plong [Sovereign] in Pro Per, | Case No.: |
| Plaintiffs, | **LACV22-3670**-FMO(PVCx) |
| vs. | NOTICE FOR REMOVAL FROM SUPERIOR COURT NORTH DISTRICT ANTELOPE VALLEY COURTHOUSE |
| BRITNEY FISHER (Attorney in fact) for FEDERAL HOME LOAN MORTGAGE CORPORTION, as trustee for FREDDIE MAC Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of Related Mortgage Loan, NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER (SERVICER); QUALITY LOAN MORTGAGE CORPORATION (Debt Collector) ADRIANA BANUELOS (Ass. VP), RONALD ALONZO (Ass. Secretary); McCARTHY & HOLTHUS, LLP (Law Firm) Attorney MATTHEW E. PODMENIK, Esq. (SBN 219364), MELISSA ROBBINS COURTTS Esq. (SBN 246723), DEBORAH A. BOYD, Esq. (SBN 136296), and DOES 1 through 100, inclusive, | STATE COURT CASE NO. 22AVUD00029 FILED DATE: JANUARY 14, 2022. |
| | |
| | JUDGE: STEPHEN MORGAN |
| Defendants, | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Notice Of Removal to United States District Court the Central

# District of California

COMES NOW THE DEFENDANT(S), Mareine M. Plong & Brendem Plong [Sovereign], AND NOTIFIES THE PARTIES AND THE COURT THAT THIS CAUSE HAS BEEN REMOVED TO THE JURISDICTION OF THE UNITED STATES, BY STATING THE FOLLOWING:

1. There have been, and continue to be, violations against the civil and constitutional rights of this/these undersigned Defendant(s) in this cause, and which have not been duly protected.

2. Accordingly, and commensurate with certain issues within these state proceedings also giving independent rise to federal subject-matter jurisdiction, this cause has now been removed to the **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA** OFFICE OF THE CLERK 255 EAST TEMPLE STREET, ROOM 180 LOS ANGELES, CALIFORNIA 90012.

3. As the Court and all parties can clearly confirm, the attached Notice regarding Notice for Removal that was filed in said federal court on May 3, 2022.

4. The parties and this Court are hereby given formal **notice** that the combination of filings made under both this cause now herewith, as well as within the aforementioned federal court, *automatically* **divests** this Court of **any and all** further authority and jurisdiction over these proceedings – **bar none** (*see* 28 USC § 1446 (d)) – and, *therefore,* there will be **NO** more hearings, orders, or *any* other proceedings held, made, or done within this state cause until, and unless, further notice or order is first made by the Federal judge of said United States District Court.

## Facts Of the Issue:

5. **JUDGE STEPHEN MORGAN the "Master of Equity" <u>IS NOT a real judge</u> and has no legal judicial authority to make a ruling in a property title dispute. The judge colluded with these attorneys get an unfair advantage by taking jurisdiction without an injured party, and without the customary unlawful affidavit of knowledge**. This foreclosure case is so sloppy it is a travesty the defendant's family

was attempted to evicted from our home. **The judge helped these attorneys to cover up the following fatal issues to the foreclosure case**. A check of the court records show other state court judges are guilty of the same illegal conduct. The judge in this case assisted these attorneys after they illegally filed a foreclosure petition against the Defendants property acting as a 3rd party debt collector. **The attorneys, in this case, are the only persons who signed the foreclosure documents against the defendant's property and that makes these attorneys the real Plaintiffs and not the lender**. These attorneys failed to provide a contract or affidavit showing they were working on behalf of a lender. This false misrepresentation while collecting a debt is a violation of the F.D.C.P.A. provisions contained in 15 U.S.C. §§ 1692 a-1692. These attorneys violated provisions defined in **15 U.S.C. Sec. 1692 false misrepresentation while collecting this debt.** These attorneys are also in violation of the Foreign Agent Registration act of 1938 (fara).

6. JUDGE- STEPHEN MORGAN made a judicial determination in a judicial hearing without a witness or affidavit, without an injured party appear in the courtroom, without verifiable contract, to give the court jurisdiction. STATE COURT has no jurisdiction over a dispute between a state citizen and a foreign agent. The foreign agent must file their claim in a Federal Court for a court to have jurisdiction. Documents filed with the STATE COURT. **See Exhibit A thru F- A copy of the case history report.**

*a). February 03, 2022, filed an Answer to the Complaint for "Unlawful Detainer"*

*b). JUDGE- STEPHEN MORGAN placed himself in a position of civil liability for dismissing the Defendants demand to strike plaintiffs "notice of appearance" from the record, a corporation cannot represent itself in court. Filed March 09.2022.*

*c). JUDGE- STEPHEN MORGAN placed himself in a position of civil liability for dismissing the Defendants jurisdictional challenge with an affidavit, the default motion and all the other pleadings these attorneys failed to respond. Filed on March 25, 2022.*

*c). JUDGE- STEPHEN MORGAN placed himself in a position of civil liability for dismissing the Defendants defendant's motion to moot all pleadings filed by the attorneys until the attorney's prove subject matter jurisdiction on the court record. Filed on March 25, 2022.*

**d).** April 15, 2022, reply to the attorney's response to the jurisdictional challenge with an affidavit motion to dismiss for lack of subject matter jurisdiction. April 15, 2022, filed an answer to the court hearing.

**e).** Sent by certified mail: 7020 1810 0001 4369 5797 PS Form 3811. NOTICE TO CALIFORNIA ATTORNEY GENERAL ROB BONTA RE: FRAUD UPON THE COURT. "Fraud On the Court by An Officer of The Court" And Disqualification of STATE JUDGE STEPHEN MORGAN.

**f).** May 20, 2022, filed Notice of Counterclaim for Trespass, Wrongful Eviction, Slander, Libel, and Intentional Emotional Distress-the claim is also against plaintiff's assets.

7.  JUDGE STEPHEN MORGAN stepped outside of the Constitution and Federal law when he ruled without jurisdiction and therefore has No Immunity! JUDGE- STEPHEN MORGAN ignored the fact these attorneys failed to prove jurisdiction on the record and took jurisdiction without legal authority denies/dismissed the defendant's pleading in the state foreclosure case to provide the attorney with an unfair advantage.

8.  The judge ignored the following undisputed facts in the State foreclosure case.

**Wherefore:**

Mareine M. Plong & Brendem Plong [Sovereign] orders this court to transfer this case, and these attorneys' foreclosure case over to Federal Court to connect with our pending Federal Lawsuit. The state foreclosure was filed in the wrong court. These attorneys are foreign agents as noted by the entry of appearance and must file a claim in Federal Court. State court has no jurisdiction to hear a claim filed be a foreign agent against a State Citizen.

Transfer the above-mentioned cases over to Federal Court in the interest of justice.

Respectfully submitted,

*Mareine M Plong*

Mareine M. Plong, In Pro Per

*Bam Plong*

Brendem Plong, In Pro Per

1
2

## CERTIFICATE OF SERVICE

3

I hereby certify that, on this 27th, day of May 2022, a true and complete copy of the

4

foregoing notice of removal, has been filed with clerk and by depositing the same in the

5

United States mail, postage prepaid, has been duly served upon all parties of record in

6

these proceedings.

7
8
9

*Mareine Plong*

10

Mareine M. Plong, In Pro Per

11
12
13
14
15

SUPERIOR COURT NORTH DISTRICT

16

ANTELOPE VALLEY COURTHOUSE

17

JUDGE STEPHEN MORGAN

18

42011 4th STREET WEST

19

LANCASTER, CALIFORNIA 93534

20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

02/03/2022, FILE ANSWER TO COMPLAINT FOR UNLAWFUL
DETAINER

Brendem Plong, [Sovereig]
Mareine M. Plong, [Sovereign]
**"In Care Of"**
1720 W. Imperial Ave
Lancaster, CA [93534]
Phone (818) 448-1539
Email: mareinep@aol.com

Defendants In Pro Per

ORIGINAL FILED

FEB 0 3 2022

LOS ANGELES
SUPERIOR COURT

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MATTHEW E. PODMENIK, Esq. (SBN 219364), MELISSA ROBBINS COUTTS, Esq. (SBN 246723) claimed as Debt Collector for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2017-2, OWNER OF RELATED MORTGAGE LOAN, et. al, | Case No.: 22AVUD00029 <br><br> ANSWER TO COMPLAINT FOR UNLAWFUL DETAINER <br><br> Hearing Date: _____ 2022 <br> Time: _____ <br> Dept: _____ |
| Plaintiff, | |
| vs. | |
| Brendem Plong, [Sovereig]; Mareine M. Plong, [Sovereign] ; and DOES 1 through 6, inclusive | |
| Defendants | |

ANSWER TO COMPLAINT FOR UNLAWFUL DETAINER

-1-

Defendant Mareine M. Plong answering as one of the doe defendants herein

denies generally and specifically each of the allegations of the complaint on file herein.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs lack Standing as they were not the BENEFICIARY of the note, and another

party has unlawfully foreclosed thereon, and this matter is before this court as

Case Number 22AVUD00029

### SECOND AFFIRMATIVE DEFENSE

FEDERAL HOME LOAN MORTGAGE CORPORATION was not the beneficiary of this

Note the actual Beneficiary remained in hiding during the entire foreclosure process.

And the wrong party has foreclosed. Plaintiffs are not the right party to bring this

foreclosure action. "As they lack standing"

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs CANNOT establish that they are in the chain of title

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs CANNOT establish that they paid consideration for this note and mortgage

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's CANNOT establish that they owned this note and mortgage at the time of the

default

### SIXTH AFFIRMATIVE DEFENSE

The notices WAS NOT served on defendants' property were defective under California

Law

### SEVENTH AFFIRMATIVE DEFENSE

The real beneficiary is STILL currently unknown

### EIGHTH AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action against these answering defendants.

### NINTH AFFIRMATIVE DEFENSE

The Complaint IS NOT properly verified IT MUST BE VERIFIED BY A PARTY

ANSWER TO COMPLAINT FOR UNLAWFUL DETAINER

-2-

### TENTH AFFIRMATIVE DEFENSE

Plaintiff DOES NOT have effective title as alleged in the Complaint, nor as required by law.

### ELEVENTH AFFIRMATIVE DEFENSE

The Complaint was filed prematurely

### TWELFTH AFFIRMATIVE DEFENSE

The complaint fails to state sufficient facts to warrant the FORECLOSURE of defendants PROPERTY AND AN EVICTION THEREOF

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff is barred by the doctrine of UNCLEAN HANDS.

### FOURTEENTH AFFIRMATIVE DEFENSE

The EVICTION IS BEING conducted by a party who WAS NOT properly authorized or appointed by the Beneficiary`, AND WHO IS NOT THE BENEFICIARY

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff DOES NOT have clean hands as Plaintiff has committed a FRAUD by double securitizing Plaintiff's Note. And therefore, IS NOT the proper party to participate in the foreclosure OR THIS EVICTION.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff ATTORNEYS both MATTHEW E. PODMENIK, Esq. (SBN 219364) and MELISSA ROBBINS COUTTS, Esq. (SBN 246723) WERE/ARE NOT a party to the contract. Therefore, ATTORNEYS CANNOT testify.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff ATTORNEYS both MATTHEW E. PODMENIK, Esq. (SBN 219364) and MELISSA ROBBINS COUTTS, Esq. (SBN 246723) are fictitious entities "CORPORATIONS". A CORPORATION CANNOT represent another CORPORATION.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff ATTORNEYS claimed as "Debt Collector", there were NO sworn AFFIDAVIT, NO CERTIFY WITNESS, AND NO VERIFIABLE claimed EXISTED.

### NINTEENTH AFFIRMATIVE DEFENSE

Defendants HAVE FILED a claim against Plaintiff for Fraud and will move this court to the Federal Court Case No: 2:21-cv-08911-SB-MARx

### TWENTIETH AFFIRMATIVE DEFENSE

Defendants attach hereto AND INCORPORATE AS PART OF OUR AFFIRMATIVE DEFENSES A true and correct copy of our complaint against this Plaintiff for among other claims FRAUD

WHEREFORE, Defendants, and each of us pray for judgment as follows:

A.  That Plaintiff take nothing by way of the complaint; and

///

///

B.  For costs of suit incurred herein; and

C.  For such other and further relief that the Court deems just and proper.

DATE: February 3rd, 2022

Respectfully Submitted,

Mareine M. Plong, [Sovereign]
1720 W. Imperial Ave
Lancaster, CA [93534]
Phone (818) 448-1539
Defendant In Pro Per

## VERIFICATION

I, the undersigned, say:

I am ONE OF the Defendants in the above-entitled action.  I have read the foregoing **ANSWER** and know the contents thereof, and that the same is true of my own knowledge, except as to the matters which are therein stated upon my information or belief, and as to those matters that I believe them to be true.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on February 3rd, 2022, at Los Angeles County, California.


_Mareine M. Plong_
Mareine M. Plong, [Sovereign]

ANSWER TO COMPLAINT FOR UNLAWFUL DETAINER

-5-

# EXHIBIT "A"

California cases Dismissing FEDERAL HOME LOAN MORTGAGE CORPORATION as

a claimant

# PROOF OF SERVICE

Federal Home Loan Mortgage Corporation. et al. v. Plong
United State District Court Central District of California for the County of Los Angeles
CASE NO. 22AVUD00029

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My address: 1720 W. Imperial Ave, City: Lancaster, CA 93534. On February 3rd, 2022, I served the following document(s) by the method indicated below:

### ANSWER COMPLAINT TO UNLAWFUL DETAINER

BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:

I sealed and prepaid such envelope addressed as stated below, with certified mail # 7021 0350 0001 1349 4431 fees thereon and return receipt requested and placed it in the United State Postal Service located in Lancaster Office, California. An envelope was addressed to each addressee as follows:

Defendant(s)                          Plaintiff(s)

Brendem Plong                    FEDERAL HOME LOAN MORTGAGE CORP. et al
Mareine M. Plong                      2763 Camino Del Rio, S. Ste #100
c/o 1720 W. Imperial Ave            San Diego, CA 92108
Lancaster, CA 93534
                                          ATTORNEY

Tele: (818) 448-1539              Matthew E. Podmenik, Esq. (SBN219364)
Email: mareinep@aol.com          Melissa Robbins Coutts Esq. (SBN 246723)
                                 McCARTHY & HOLTHUS, LLP (LAW FIRM)
                                 2763 Camino Del Rio, S. Ste # 100
                                 San Diego, CA 92108
                                 Tele: (619) 243-3960
                                  Fax: (619) 785-3253

I declare under penalty of perjury under the laws of California that the foregoing it true and correct and I could competently testify thereto if called upon to do so.

Date: February 3rd, 2022                _____

                                              Rodee Jayavaramoni

ANSWER TO COMPLAINT FOR UNLAWFUL DETAINER

-7-

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | 0534 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.56 |
| Total Postage and Fees | $5.31 |

02/03/2022

Sent To McCARTHY & HOLTHUS, LLP.
Street and Apt. No., or PO Box No. 63 Camino Del Rio. S. Ste #100
City, State, ZIP+4® SAN DIEGO, CA. 92108

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7021 0350 0001 1349 4431



## UNITED STATES
## POSTAL SERVICE.

LANCASTER
43824 20TH ST W
LANCASTER, CA 93534-5202
(800)275-8777

02/03/2022                                    10:47 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.56 |
| San Diego, CA 92108 | | | |
| Weight: 0 lb 2.40 oz | | | |
| Estimated Delivery Date | | | |
| Mon 02/07/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70210350000113494431 | | | |
| Total | | | $5.31 |

| | |
|---|---|
| Grand Total: | $5.31 |
| Cash | $20.00 |
| Change | -$14.69 |

*****************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE ®
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 054182-0534
Receipt #: 840-59130258-3-8393004-2
Clerk: 09

Superior Court of California
County of Los Angeles
42011 4th Street West
Lancaster, CA 93534

Receipt     AV-2022-0026328-1
Payor:      MAREINE PLONG
Date:       02/03/2022
Time:       9:55 AM

CASE # 22AVUD00028
FEDERAL HOME LOAN MORTGAGE

| | |
|---|---|
| Limited Civil Answer, Including UD (up to $10K)- GC70614(b),70602.5 | 225.00 |
| Case Total: | 225.00 |

| | | |
|---|---|---|
| Cash | | 225.00 |
| 407793 | | |
| | Total Paid: | 225.00 |
| | Change | 0.00 |

Balance :                    0.00

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B"

03/09/2022, Filed Demand to Strike Plaintiffs "Notice of Appearance"
from the Record a Corporation Cannot Represent Itself in Court

1
2  "In Care of"
   Brendem Plong [Sovereign]
3  Mareine M. Plong [Sovereign]
   1720 W. Imperial Ave
4  Lancaster, CA [93534]
   Phone | (818) 448-1539
5  Email: mareinep@aol.com

6  Defendants Pro Per

ORIGINAL FILED

MAR 0 9 2022

LOS ANGELES
SUPERIOR COURT

7
8          SUPERIOR COURT OF THE STATE OF CALIFORNIA
9              IN AND FOR THE COUNTY OF LOS ANGELES

10 MATTHEW E. PODMENIK, Esq.              Case No.: 22AVUD00029
   (SBN219364), MELISSA ROBBINS
11 COUTTS, Esq. (SBN246723) Claimed as
   Debt Collector for FEDERAL HOME LOAN    Demand for Jury Trial
12 MORTGAGE CORPORATION, as trustee
   for FREDDIE MAC Seasoned Credit Risk    Reserve the Right to Amend
13 Transfer Trust, Series 2017-2, as owner of
14 Related Mortgage Loan, BRITNEY FISHER
   "attorney in fact"; ADRIANA BANUELOS
15 "Ass. VP", RONALD ALONZO "Ass. Sec."
16 for QUALITY LOAN SERVICE
   CORPORATION "Debt Collector",
17
18
19              Plaintiffs,
20 vs.
21 Brendem Plong, [Sovereign] & Mareine M.
22 Plong, [Sovereign] Pro Per, and DOES 1
   through 6 inclusive,
23              defendants,

24  <u>**DEMAND TO STRIKE PLAINTIFFS "NOTICE OF APPEARANCE" FROM THE**</u>
25  <u>**RECORD, A CORPORATION CANNOT REPRESENT ITSELF IN COURT**</u>

26  ["Cujusque Rei Potassium Pars"] [The Principal Part of Everything Is in The Beginning]

27  We are before this court by special appearance, without waiving any rights, defenses,
28  statutory or procedural and demands the court to strike the "Notice of Appearance" filed
    in this case by **(MATTHEW E. PODMENIK, Esq. (SBN219364), and MELISSA**

                        1
            DEMAND TO STRIKE ENTRY OF APPEARANCE

ROBBINS COUTTS Esq. (SBN246723) from the court record because a corporation **CANNOT** represent itself in court. See: **exhibit "A"** a copy of the notice of appearance showing attorneys is an agent in McCARTHY & HOLTHUS, LLP (LAW FIRM) listed in the answer to plaintiffs' complaint. In State Courts, the Local Rule 5(b) states: An "entity may not appear without counsel admitted to the bar of this court." The relevant case law also states that a corporation or LLC must be represented by a lawyer in court. See: *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001) (citing Flora Constr. Co. v. Fireman's Fund Ins. Co., 307 F.2d 413, 414 (10th Cir. 1962)). See Tal v. Hogan, 453 F.3d 1244, 1254 & n.8 (10th Cir. 2006), ("It is well established that LLCs must be represented by counsel in order to proceed before this court.") (Citing Roscoe v. United States, 134 F. Apex 226 (10th Cir. Apr. 29, 2005) (LLC cannot proceed pro se)). A corporation **CANNOT** appear by any means other than by an agent and thus it is impossible for a corporation to appear personally in. see: *Lefkowitz v. Shallenberger, 107 F. Supp. 397 (S. D. Cal. 1952)*. The traditional rationale for the view that only an attorney may represent a corporation in court is that a corporation is an artificial person created by law and, being such, cannot act as a natural person in presenting its own case. See: *Paradise v. Nowlin, supra n. 2*. See also *Note, Appointment of Counsel for a Defaulting Corporation in a Criminal Proceeding, 1960 Duke L. J. 649 (1960.) court*. A recent decision, Remold Soil Service, Inc. v. Benson, has reiterated the view that corporations CANNOT appear in court in propria persona. " Nor may a layman in charge of a corporation take assignments of the corporation's claims and appear pro se. See: *6 Black, op. cit. supra n. 3, at 1364*; meaning to appear for himself and/or herself.

## NO CIRCUMVENTING THE RULE:

The courts DO NOT permit an entity to circumvent the rule through an assignment—even if the assignment would otherwise be valid! In other words, a corporation or other entity CANNOT simply assign its claims to an individual (and pressingly its liability on claims) to an individual to avoid the requirement of obtaining counsel to litigate the claims. See, *e.g., Global E business Servs. v. Interactive Broker LLC, 2017 U.S. Dist. LEXIS 22916 (N.D. Cal. 2017)* (an individual defendant affiliated with a corporation may not circumvent this rule through a purported assignment of interest from the corporation to the individual); *Bischoff v. Waldorf, 660 F. Supp. 2d 815*

1   *(E.D. Mich. 2009)* (despite assignment of trademark claims to individual plaintiff from

2   corporation, attorney required to litigate claims). This rule is limited to situations in which

3   the individual has an affiliation with the entity.

## CONCLUSION:

5       A lawsuit for wrongful foreclosure was filed by the Plaintiffs which forced the

6   plaintiff to hire an attorney(s) to represent the corporation and the attorneys in court.

7   The law firm McCARTHY & HOLTH, LLP was included in the claim and the demand for

8   sanctions so is inappropriate for an agent with an affiliation with the corporation to

9   represent the corporation or the other attorneys in court. The notice of appearance in

10  this case must be stricken from the record. In this case the attorney is an officer of the

11  corporation and therefore would be considered pro-se representation and which is

12  prohibited by law. A corporate officer CANNOT answer for a corporation or represent a

13  corporation in litigation and therefore the notice of appearance in this case should be

    stricken from the record.

14      The defendants move the court to strike the attorneys notice of appearance and

15  all of the document's the attorneys filed in the case. The defendants filed a wrongful

16  foreclosure lawsuit in Federal Court whereby the Local Rule 5(b) states: An "entity may

17  not appear without counsel admitted to the bar of this court." The relevant case law also

18  states that a corporation or LLC must be represented by a lawyer in court.

19      A corporation CANNOT appear by any means other than by an agent and thus it

20  is impossible for a corporation to appear personally in court.

21      The traditional rationale for the view that only an attorney may represent a

22  corporation in court is that **a corporation is an artificial person** created by law and,

23  being such, CANNOT act as a natural person in presenting its own case. A corporation

    CANNOT appear in court in propria persona. "Nor may a layman in charge of a

24  corporation take assignments of the corporation's claims and appear pro se. The courts

25  DO NOT permit an entity to circumvent the rule through an assignment—even if the

26  assignment would otherwise be valid! In other words, a corporation or other entity

27  CANNOT simply assign its claims to an individual (and pressingly its liability on claims)

28  to an individual to avoid the requirement of obtaining counsel to litigate the claims. An

    individual plaintiff affiliated with a corporation may not circumvent this rule through a

purported assignment of interest from the corporation to the individual. The court has no option but to strike the notice of appearance and the documents filed in the case to avoid violating the Federal Courts, the Local Rule 5(b).

### CERTIFICATE OF SERVICE

We hereby certify that on the 8th, day of March 2022, the foregoing document was filed in Court, and a copy was mailed out to attorneys on record.

*Mareine m Plong*

Mareine M. Plong, [Sovereign]

Without Prejudice UCC 1-308

MAREINE M. PLONG, Permanent Address:

Rural Route Delivery

c/o 1720 W. Imperial Ave

Lancaster, California, 00000

Mailing to Address:

Plaintiffs (attorneys)
MATTHEW E. PODMENIK, Esq. (SBN 219364)
MELISSA ROBBINS COUTTS, E sq. (SBN 246723)
McCARTHY & HOLTHUS, LLP (LAW FIRM)
2763 Camino Del Rio, S. Suite 100
San Diego, CA 92108
Tele: (619) 243-3960
Fax (619) 785-3253

*AFFIDAVIT OF MAREINE M. PLONG*

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

I, the Affiant, who goes by Mareine M. Plong, a woman, [Sovereign] being of sound mind, and over the age of fifty-two, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of California, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say the following facts:

The attorneys who filed the entry of appearance is affiliated with the law firm named in the complaint and therefore bared by Federal Court Local Rule 5(b), from representing the law firm in court. The law firm cannot appear pro-se in Federal Court. If the court ignores the local rule the court would be obstructing the administration of justice."

**FURTHER AFFIANT SAITH NOT.**

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of California, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Mareine M. Plong, executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this 8th, day of March in the year 2022, under penalty of perjury under the laws of the United States of America.

_Mareine M. Plong_
Mareine M. Plong, [Sovereign]

# CALIFORNIA ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )

County of Los Angeles     )

SUBSCRIBED AND SWORN to this 8th, day of March 2022. Before me,

_____, personally appeared Mareine M. Plong, who proved to me on the basis of satisfactory evidence to be the person(s) whose names(s) is subscribed to the within instrument and acknowledged to me that he she they executed the same in his her their authorized capacity(ies), and that by his her their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTYOF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

Notary Public Print Name

_____ Seal

Notary Public Signed

EXHIBIT "A"

COPY OF THE NOTICE OF APPEARANCE

ONE PAGE

AND

COPY OF THE STATE BAR OF CALIFORNIA OF

ATTORNEY MATTEW E. PODMENIK AND

MELISSA ROBBINS COUTTS - TWO PAGES

# The State Bar *of California*

**Matthew Edward Podmenik #219364**
License Status: Active

Address: McCarthy & Holthus LLP, 2763 Camino Del Rio S, Ste 100, San Diego, CA 92108-3708
Phone: 619-685-4800 | Fax: Not Available
Email: mpodmenik@mccarthy-holthus.com | Website: Not Available

## More about This Attorney ▲

**CLA Sections:**                    None

The California Lawyers Association (CLA) is an independent organization and is not part of the State Bar of California.

**Self-Reported Practice Areas:** None reported

**Additional Languages Spoken:**

- By the attorney: None reported
- By staff: None reported

**Law School:** Univ of Toledo COL; Toledo OH

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ℹ | Discipline ℹ | Administrative Action ℹ |
|------|------------------|--------------|-------------------------|
| Present | Active | | |
| 6/3/2002 | Admitted to the State Bar of California | | |

Additional Information:
- About the disciplinary system

Copyright © 2022 The State Bar of California

  

## The State Bar *of California*

**Melissa Robbins Coutts #246723**
License Status: Active

Address: McCarthy & Holthus LLP, 2763 Camino Del Rio S, Ste 100, San Diego, CA 92108-3708
Phone: 619-685-4800  |  Fax: 619-685-4811
Email: mcoutts@mccarthyholthus.com  |  Website: Not Available

## More about This Attorney  ▲

**CLA Sections:**                                None

The California Lawyers Association (CLA) is an independent organization and is not part of the State Bar of California.

**Self-Reported Practice Areas:** None reported

**Additional Languages Spoken:**

- By the attorney: None reported
- By staff: None reported

**Law School:** California Western SOL; San Diego CA

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|------|------------------|--------------|--------------------------|
| Present | Active | | |
| 12/1/2006 | Admitted to the State Bar of California | | |

Additional Information:

- About the disciplinary system

Copyright © 2022 The State Bar of California



## PROOF OF SERVICE

I am at all times herein mentioned over the age of eighteen years I am not a party to the within action or cause, and my current business address is 1720 W. Imperial Ave, Lancaster, CA 93534.

On March 8th, 2022, I Served a copy of the foregoing **DEMAND TO STRIKE DEFENDANTS "NOTICE OF APPEARANCE" FROM THE RECORD, A CORPORATION CANNOT REPRESENT ITSELF IN COURT** in this matter and effected service in the following manner:

### BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:

I sealed and prepaid such envelope addressed as stated below, with certified mail # 7021 0950 0001 1463 5974 fees thereon and placed it in the United State Postal Service located in Glendale Office, California.

An envelope was addressed to each addressee as follows:

| Defendant(s) | Plaintiffs |
|---|---|
| Brendem Plong | MATTHEW E. PODMENIK, Esq. (SBN 219364) |
| Mareine M. Plong | MELISSA ROBBINS COUTTS, Esq. (SBN 246723) |
| c/o 1720 W. Imperial Ave | McCARTHY & HOLTHUS, LLP |
| Lancaster, CA [93534] | 2763 Camino Del Rio, S. Suite 100 |
| (818) 448-1539 | San Diego, CA 92108 |
| Email: mareniep@aol.com | Tele: (619) 243-3960 |
| | F: (619) 785-3253 |

Federal Home Loan Mortgage Corporation et al.,
8950 Cypress Waters Blvd
Coppell TX, 75019

I declare under penalty of perjury under the laws of California that the foregoing it true and correct and I could competently testify thereto if called upon to do so.

Date: March 8th, 2022.

Rodee Jayavaramoni



LANCASTER
43824 20TH ST W
LANCASTER, CA 93534-5202
(800)275-8777

03/09/2022                                    11:16 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.56 |

San Diego, CA 92108
Weight: 0 lb 2.50 oz
Estimated Delivery Date
Sat 03/12/2022
Certified Mail®                               $3.75
Tracking #:
70210950000114635974

Total                                         $5.31

Grand Total:                                  $5.31

Cash                                         $20.00
Change                                      -$14.69

*******************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
*******************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
    Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

        Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



        or call 1-800-410-7420.

UFN: 054182-0534
Receipt #: 840-59130258-2-6973588-2
Clerk: 98



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Diego, CA 92108

Certified Mail Fee    $3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $1.56

Total Postage and Fees    $5.31

03/09/2022

Sent To
McCARTHY & HOLTHUS LLP
Street and Apt No., or PO Box No.
2763 Camino Del Rio S. Ste 100
City, State, ZIP+4®
SAN DIEGO, CA 92108

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0001 1463 5974

1
2
3
4
5
6
7
8

## EXHIBIT "C"

9    03/25/2022, Filed Defendants Motion to Moot all pleadings
10   file by the Attorneys until the attorneys prove Subject Matter
11   Jurisdiction on the Court Record and Under Common Law.
12
13
14   03/25/2022, Filed Jurisdictional Challenge with an Affidavit
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFIED COPY
OF ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 2 5 2022

Sherri R. Carter, Executive Officer/Clerk
_____, Deputy
Chad Grant

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| CALIFORNIA ATTORNEY GENERAL OFFICE, | File No.: CA-22-117430 |
| Plaintiff, | |
| vs. | Case No.: 22AVUD00029 |
| | *Hearing Date: 4-6-2022* |
| | *Time: 8:30 AM* |
| Brenden Plong, [Sovereign] & Mareine M. Plong, [Sovereign] Pro Per, | *Dept: A22* |
| | JUDGE: MARCELO D'ASERO |
| Defendants, | |
| | |
| Rob Bonta | NOTICE, not a Motion |
| Attorney for alleged "Plaintiff" | Address to: ROB BONTA, |
| | 845 South Figueroa Street |
| | Los Angeles, CA 90017 |
| | CALIFORNIA BAR _____ |

## JURISDICTIONAL CHALLENGE

## WITH AN AFFIDAVIT

Brendem Plong (Sovereign Being) & Mareine M. Plong, (Sovereign Being) by

limited appearances to this matter in this court of record with clean hands, without

prejudice and with all rights reserved including UCC 1-308 in dealing with this court, **in**

**pro per, sui juris** (NOT PRO SE), have not seen any evidence that proves how this

court got its jurisdiction.

Brendem Plong & Mareine M. Plong, has the right to challenge the jurisdiction of any court that attempts to force compliance with its deceptive practices, procedures, rules, and wordsmithing at any time, and this right has been upheld by numerous decisions by the Supreme Court of the United States. Once jurisdiction has been challenged, it is the mandatory obligation of the opposing party to prove the basis of the court having jurisdiction to proceed in the matter before it, and until that has been put on the Record of the court, the court can proceed no further.

**Further, the Supreme Court of the United States has ruled that jurisdiction can be challenged at any time even as much as 15 (fifteen) years after a judgment has been entered.** Decisions of the Supreme Court of the United States are _mandatory requirements to be complied with by all courts,_ state and federal and leave those courts no discretion as to whether or not to comply. The following Supreme Court cases set out the mandatory requirements that must be complied with.

"Once jurisdiction is challenged, the court **CANNOT** proceed when it clearly appears that the court lacks jurisdiction, the court has **NO AUTHORITY** to reach merits, but, rather, should dismiss the action" _**Melo v. US**, 505 F2d 1026._

"Where there is **NO JURISDICTION** over the subject matter, there is **NO DISCRETION** to ignore that lack of jurisdiction. " _**Joyce v. US,** 474 F2d 215._

"Generally, a plaintiff's allegations of jurisdictional are sufficient, but when they are questioned, as in this case, the burden is on the Plaintiff to prove jurisdiction. " _**Rosemond v. Lambert,** 469 F2d 416._

"Judgment rendered by court which **DID NOT** have jurisdiction to hear cause is _**VOID ab INITIO.** "**In Re Application of Wyatt**, 300 P. 132; **Re Cavitt**, 118 p2D 846._ "It

is elementary that the first question which must be determined by the trial court in every

case is that of jurisdiction." *Clary v. Hoagland,* 6 Cal. 685; *Dillon v. Dillon*, 45 Cal. App.

191,187P. 27. The **response** from the **Party/Petitioner/Defendants** asserting proper

jurisdiction throughout this case must be made on a point-by-point basis for **all** the

moving **Party/Petitioner/Defendants** actions, filings and motions are true and correct in

relation to the proper State Laws, codes, rules, regulations, statutes used to conduct

this case that proper jurisdiction was always maintained from the record including the

including the incomplete summons.

"A departure by a court from those recognized and established requirement of

law, however close the apparent adherence to mere form in method of procedure, which

has the effect of depriving one of a Constitutional Right, is as much an "excess of

jurisdiction" as where there exists and inceptive lack of power." *Wust v. Wust, 53 Cal.*

*App. 2d 339,127P.2d 934.*

"A court has **NO JURISDICTION** to determine its own jurisdiction for a basic

issue in any case before a tribunal is its power to act, and a court must have the

authority to decide that question in the first instance." *Rescue Army v. Municipal*

*Court of Los Angeles,* 171 P2d; 331 US 549,91 L. ed 1666, 67 S. Ct. 1409.

"**Where there is NO JURISDICTION there is NO JUDGE**; the proceeding is as

nothing.  Such has been the law from the days of the Marshalsea." *10 Coke 68; also,*

*Bradley v. Fisher,* 13 Wall 335,351." *Manning v. Ketcham,* 58 F.2d 948.

"A distinction must be here observed between **excess of jurisdiction** and the

clear absence of all jurisdictions over the subject-matter any authority exercised is a

usurped authority and for the exercise of such authority, when the **want of**

**jurisdiction is known** to the judge, **NO EXCUSE** is permissible." *Bradley v. Fisher, 13 Wall 335,351,352.*

"Plaintiffs bear the burden of establishing subject matter jurisdiction." *KNAPP MEDICAL CENTER, et al. v. Eric D. HARGAN, 875 F.3d 1125, (3017).*

"**Jurisdiction,** once challenged, **is to be proven,** not by the court, but **by the party attempting to assert jurisdiction.** The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tended." *McNutt v. GMAC, 298 US 178. Emphasis added.* The origins of this doctrine of law may be found in Maxfield's *Lessee V Levy, 4 US 308.*

In a very recent decision, the Supreme Court unequivocally stated in *James v. City of Boise Idaho, 136 S. Ct. 685 (2016):*

"It is this Court's responsibility to say what a [federal] statute means, and once the Court has spoken, it is the duty of other courts to respect that understanding of the government rule of law." *Nitro-Left Technologies, L.L.C. v. Howard, 568 U.S. ---, --, 133 S. Ct. 500, 503, 184 L.Ed.2d 328 (2012) (per curium) (quoting Rivers v. Roadway Express, Inc., 511 U.S. 298, 312, 114 S. Ct. 1510, 128 L.Ed.2d 274 (1994) (internal quotation marks omitted)).* And for good reason. As Justice Story explained 200 years ago, if state courts were permitted to disregard this Court's rulings on federal law, "the laws, the treaties, and the constitution of the United States would be different in different states, and might, perhaps, never have precisely the same construction, obligation, or efficacy, in any two states. The public mischiefs that would attend such a state of things would be truly deplorable." *Martin v. Hunter's Lessee, 1 Wheat. 304, 348, 4 L. Ed. 97 (1816).* "the court also said:

"The Idaho Supreme Court, **like any other state or federal court, is bound by this Court's interpretation of federal law"** [emphasis added]

Mareine M. Plong at this time makes that challenge and demands that the 42011 4th Street West, Lancaster, CA 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES, order the so-called Plaintiffs in this case provide direct evidence and proof on the Record that the 42011 4th Street West, Lancaster, CA 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES, is a judicial power court which was created by the Constitution for the State of California and operates in compliance with all of the provisions of the Constitution for the United States of America.

The Court would lack jurisdiction being that there is evidence to support the improperly contrived subject matter by proper legislative process; and the Eleventh Amendment of the United States Constitution removed all "judicial power" in law, equity, treaties, contract law and the rights of the State to bring suit against the People, therefore the "alleged Defendants now challenged jurisdiction for the record.

Standing must also be proven to show jurisdiction in order to file a case in court, litigants must have "standing" to sue. To have standing, Supreme Court doctrine requires that parties have an "injury in fact. " This injury must be specific and concrete – rather the speculative and abstract. Standing requires the violation of a legal right that cause damage. "Plaintiffs must allege personal injury fairly traceable to the Defendants allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737, 751 (1984)

All orders or judgments issued by a judge in a court of limited jurisdiction must

contain the findings of the court showing that the court has subject-matter jurisdiction, not allegations that the court has jurisdiction.

Any explanations to the above-mentioned matters MUST be done on a point-by-point basis with verified facts that are referenced in law, Legislative acts, Federal and/or State constitutions. The **response** from the **Party/Petitioner/Plaintiffs** asserting proper jurisdiction must be sworn to under the penalties of perjury of the United States of America that response is true and correct, certified by notarization, and must be able to be understood by any reasonable man/woman should understand.

Pleadings of this Party SHALL NOT BE dismissed for lack of form or failure of process. All the pleadings are as any reasonable man/woman would understand, and in support of that claim I submit the following:

"*And be it further enacted. That no summons, writ, declaration, return, process, judgment, or other proceedings in civil cases in any of the courts or the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects or want of form in such writ, declaration, or other pleading, returns, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time, permit either of the parties to amend any defect in the process of pleadings upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe. (a)" Judiciary Act of September 24th, 1789,* Section 342, FIRST CONGRESS, Sess. 1, ch. 20,1789.

# _Affidavit of Mareine M. Plong_

State of California       )

                          ) ss.    **TO ALL WHOM THESE PRESENTS SHALL COME**

County of Los Angeles )

      _I, the Affiant, who goes by the appellation, Mareine M. Plong [Sovereign Being], a woman standing as an Inhabitant in Los Angeles County, California the land, non-territorial to the United States and therefore without the United States, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-represented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of California, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say:_

1.     _that I, Mareine M. Plong [Sovereign Being], declare that I am competent to state the matters set forth herein._

2.     _That I, Mareine M. Plong [Sovereign Being], declare that I have personal knowledge of the facts stated herein; and_

3.     _That I Mareine M. Plong [Sovereign Being], declare the original contract was altered and stolen._

4.     _That I Mareine M. Plong [Sovereign Being], declare there was an addition to the agreement with following items that are not showing on the contract filed in this case._

      a).    _The intent of the agreement was the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,_

b).   The bank or financial institution involved in the alleged loan will follow GAAP,

c).   the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

d).   the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

e).   the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP. The original written agreement gives full disclosure of all material facts.

5.   That I, Mareine M. Plong [Sovereign Being], declare the original contract will show the bank agreed that I could repay using another IOU-Promissory Note payable in the same species of money, money equivalents or credit or funds or capital that bank or financial institution used per GAAP to funds the loan.

6.   That I, Mareine M. Plong [Sovereign Being], declare damages because the note was altered and stolen.

7.   That I, Mareine M. Plong [Sovereign Being], declare that my signature cannot testify that the bank lent me the bank's money to purchase the Borrower's promissory note.

8.   That I, Mareine M. Plong [Sovereign Being], declare the plaintiff failed to provide the court adequate assurance of the performance.

9.   That I, Mareine M. Plong [Sovereign Being], the bank did not give me a deposit slip in violation of 12 USCA Sec 1813.

10.   That I, Mareine M. Plong [Sovereign Being], declare if the court does not have on record what the bookkeeping entries are, the attorney cannot prove they performed under the agreement and funded the loan to me.

11.   That I, Mareine M. Plong [Sovereign Being], declare that all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness I will testify to my veracity; and

12.  That I, Mareine M. Plong [Sovereign Being], that I am not now, nor have I been in the past 15 years, federal employee, or federal personnel.

13.  That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt of any evidence or other material facts that the 42011 4th Street West, Lancaster, California 39354.  SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, or any/all aliases of this name is not a lower federal district court limited in jurisdiction to only those areas which are federal enclaves, and I believe that **no contrary evidence exists; and**

14.  That I, Mareine M. Plong [Sovereign Being]. Declare that I am not in receipt of any evidence or other material facts that the 42011 4th Street West, Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, or any/all aliases of this name, is not without in personam jurisdiction over Mareine M. Plong, one of the People of California, and I believe that **no contrary evidence exists, and**

15.  That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt of any evidence or other material facts that the 42011 4th Street West, Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF CALIFONRIA FOR THE COUNTY OF LOS ANGELES, or any/all aliases of this name, does not have the ability to obtain jurisdiction over one of the People of California, the property of one of the People of California, and I believe that **no contrary evidence exists; and**

16.  That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt of any evidence or other material facts that the 42011 4th Street West, Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, or any/all aliases of this name, is not limited in authority to only administrative power over the artificial entity/legal person, MAREINE M. PLONG, and I believe that **no contrary evidence exists; and**

17. *That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt of any evidence or other material facts that the 42011 4th Street West, Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY LOS ANGELES, or any/all aliases of this name, is not an administrative power only court, which is masquerading as a judicial power court, which was created by the LEGISLATURE OF STATE OF CALIFORNIA, and I believe that **no contrary evidence exists; and***

18. *That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt of any evidence or other material facts that judicial power courts, the 42011 4th Street West, Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, is not created only by the constitution for the State of California, and I believe that **no contrary evidence exists; and***

19. *That I, Mareine M. Plong [Sovereign Being]. Declare that I am not in receipt of any evidence or other material facts that the LEGISLATURE OF STATE OF CALIFORNIA is not powerless to create judicial power courts, and I believe that **no contrary evidence exists; and***

20. *That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt of any evidence or other material facts that the 42011 4th Street West, Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, or any/all aliases of this mane, ns not an administrative power only court created for commercial purposes by the LEGISLATURE OF STATE OF CALIFORNIA, acting as an instrumentality of the United States, and I believe that **no contrary evidence exists; and***

21. *That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt of any evidence or other material facts that the 42011 4th Street West, Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, or any/all aliases of this name, is not an administrative power only court forcing*

compliance wit its Orders by use of armed mercenary police actions, and I believe that **no contrary evidence exists; and**

22.    That I, Mareine M. Plong [Sovereign Being], declare that I am no in receipt of any evidence or other material facts that the 42011 4th Street West, Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, or any/all aliases, is not by the actions of said court directly violating the rights held by the People under the Constitution for the State of California, through said court's use of deceptive practices, procedures, rules, and wordsmithing, and I believe that **no contrary evidence exists;** and

23.    That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt of any evidence or other material facts that here is any person holding themselves out as a judge for the 42011 4th Street West, Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, who has not taken the proper oath for a state judicial officer, which is required to the taken by Act of Congress, as set out at 1 Stat. 23, which reads:

> "SEC. 1. Be it enacted by the Senate and [House of] Representatives of the United States of America in Congress assembled, That the oath of affirmation required by the sixth article of the Constitution of the United States, shall be administered in the form following, to wit: "I,
>
> A. Do solemnly swear or affirm (as the case may be) that I will support
> B. The Constitution of the United States."
> SEC. 3. And be it further enacted That the members of the several State Legislatures, at the next sessions of the said Legislatures, respectively, and all executive **and judicial officers of the several States**, who have been heretofore chosen or appointed, or who shall be chosen or appointed before the first day of August next, and who shall then be in office shall within one month thereafter, take the same oath or affirmation, except where they shall have

*taken it before, which may be administered by any person*
*authorized by the law of the State, in which such office shall be*
*Holden, to administer oaths."[Emphasis added]*

24. *That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt*
*of any evidence or other material facts that the 42011 4th Street West,*
*Lancaster, California 93534. SUPERIOR COURT OF THE STATE OF*
*CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES, or any/all*
*aliases of this name, is not committing unlawful acts by claiming authority*
*beyond its jurisdiction when it orders to pay fines of the People of California*
*state, and I believe that **no contrary evidence exists**; and*

25. *That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt*
*of any evidence or other material facts that when the CALIFONRIA*
*ATTORNEY GENERAL'S OFFICE 42011 4TH Street West, Lancaster,*
*California 93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN*
*AND FOR THE COUNTY OF LOS ANGELES, or any/all aliases of this name,*
*refuses to rebut this Affidavit, point by point on the Court Record, that said*
*Court is not committing intentional and malicious violations of Civil Rights*
*against the Mareine M. Plong, one of the People of California, and I believe*
*that **no contrary evidence exists**; and*

26. *That I, Mareine M. Plong [Sovereign Being], declare that I am not in receipt*
*of any evidence or other material facts that there does not exist a clear*
*absence of all jurisdictions in the 42011 4th Street West, Lancaster, California*
*93534. SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR*
*THE COUNTY OF LOS ANGELES, and I believe that **no contrary evidence***
***exists.***

27. *That I, Mareine M. Plong [Sovereign Being], declare the Official Code or*
*Statute of California Annotated used to foreclose against me is unnamed and*
*missing the 3 elements necessary to be considered a valid law.*

28. *That I, Mareine M. Plong [Sovereign Being], declare the code/statutes show*
*no signs of authority on their face as recorded in the Official Code or Statute*
*of California Annotated §2.9.*

29.  *That I, Mareine M. Plong [Sovereign Being], declare the Constitutional and the Supreme Court of California asserted that a statute/code must have an enacting clause.*

30.  *That I, Mareine M. Plong [Sovereign Being], declare the Constitution stated that "The enacting clause is that portion of a code or statute which gives it jurisdictional identity and constitutional authenticity." Joiner v. State.*

31.  *That I, Mareine M. Plong [Sovereign Being], declare without an enacting clause, the laws referenced in the complaints have no official evidence that they are from an authority to which I am subject to or required to obey.*

32.  *That I, Mareine M. Plong [Sovereign Being], declare that I received a notice unlawful detainer from the court were filing on January 14, 2022. On February 03, 2022, Defendant have been filed Answer to Complaint for Unlawful Detainer for Affirmative Defenses with proof of service and sealed prepaid such envelope addressed as stated below, with certified mail # 7021 0350 0001 1349 4431 fees thereon and place it is the United State Postal Service located in Lancaster Office, California.*

33.  *That I, Mareine M. Plong [Sovereign Being], declare that the Plaintiff/attorneys MATTHEW E. PODMENIK, Esq. SBN 219364 and MELISSA ROBBINS COUTTS Esq. SBN 246723, McCARTHY & HOTHUS, LLP (Law Firm) for FEDERAL HOME LOAN MORTGAGE CORPORATION (FHLMC), as trustee for FREDDIE MAC (FREDDIE MAC) Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of Related Mortgage Loan; NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, BRITNEY FISHER (Attorney if fact) – Document Execution Association; ADRIANA BANUELOS as (Ass. VP), RONALD ALONZO as (Ass. Sec.) for QUALITY LOAN SERVICE CORPORATION "Debt Collector", Acted with "Deliberate indifference to the Constitution" and Federal law when they conspired to steal the Defendants' property while illegally acting as a 3rd party debt collector pretending to be collec3ting on behalf of 3rd party corporation/lender in violation of the F.D.C.P.A. these attorneys illegally filed a foreclosure petition against the defendant's property acting as 3rd party debt collector.*

*The attorneys, in this case, are the only person who signed the*
*foreclosure documents against the defendants? Property and that*
*makes these attorneys the real Plaintiffs in the state foreclosure and*
*not the Lender.* The attorney failed to provide a contract or affidavit
showing they were working on behalf of a lender. Tis false
misrepresentation while collecting a debt isa violation of the F.D.C.P.A.
provisions contained in 15 U.S.C. §§1692 a-1692. The attorney violated
provisions defined in **15 U.S.C. Sec. 1692 false misrepresentation while**
**collecting this debt.** The attorney are also in violation of the Foreign Agent
Registration Act of 1938 (FARA).

34.   That I, Mareine M. Plong [Sovereign Being], declare that the attorneys and
the judge violated Federal Law when they failed to register as a foreign
agent with Attorney General for National Security as mandates by Foreign
Agent Registration Act. 1938.. the attorney's misrepresentation
himself/herself as legal debt collectors when if fact they are unregistered
foreign acting unlawfully foreclosing in the wrong court and in violation of the
C.A. mandated in the FARA, to have standing in this court because they are
not registered with Attorney General for National Security as foreign agent,
and they DO NOT have their FARA registration form available for inspection.
These attorneys are a foreign agent attacking a state citizen without a FARA
registration statements filed with National Attorney General Office in violation
of the Federal Law, **The Foreign Agent Registration Act, 1938. FARA is**
**codified at 22 U.S.C. § 611 et seq. and its implementing rules are**
**located at 28 C.F.R. §5.1 et seq. the Foreign Agents Registration Act is**
**a United States Law passed in 1938** requiring that agents representing the
interests of foreign power in a "Political or quasi-political capacity" disclose
their relationship with the foreign government and information about related
activities and finances. **18 U.S.C. §951 provides criminal penalties** for
anyone, other than a diplomat, to operate as an agent of a foreign
government without first notifying the United States Attorney General for
National Security. **The attorney's acceptance of a "British Atoned**

*registry" (BAR) "Title of Nobility" establishes their loyalty to the crown,
which makes them a "Foreign Agents" 22 USC 611. A review of the
archives shows the agent (Judge and both Attorneys MATHEW E.
PODMENIK, Esq. SBN 219364, MELISSA ROBBINS COUTTS Esq. SBN
246723 are not registered with Attorney General for National Security
and are in violation of FARA codified at 22 U.S.C.§ 611 et seq.*

35.    that I, Mareine M. Plong [Sovereign Being], declare that the plaintiff/attorneys
violated the FDCPA which mandates debt collectors CANNOT use false,
deceptive, or misleading practices. **The attorneys in this case signed the
documents used to initiate the foreclosure process illegally acting as a
3rd party debt collection. These attorneys listed the lender as the
plaintiffs in their illegal foreclosure when the attorneys were the only
signature on the foreclosure documents.** _The FDCPA mandates the
attorney, and the law firm must have a license to be a debt collector, a bond
and they must be registered with Attorney General in the State they are
collecting in and in this case these attorneys **ARE NOT** licensed to collect
debts, **DOES NOT** have a bond, and IS NOT registered with attorney
General in this State._ The debt collector in this case violation of the FDCPA,
they **DO NOT** meet the legal requirements to be considered a debt collector
and therefore **HAVE NOT** standing before the court. The F.D.C.P.A.
mandates debt collector company **CANNOT** at any point engage in abuse,
threats, coercion, **misrepresentation, fraud, harassment, unfair means,
and deception to collect debt. The debt collection company must prove
that they have the authority to collect fees, interest, or expense above
the original balance, such proof may be signed by documents by the
debtor. The debt collectors in this case _HAVE NOT_ provided any of the
proof of a debt as mandated under the Law.**

These requirements are required by law to do business in the United States
of America without them the judge and attorney are operating outside of the
law and are liable in their personal capacity for the damages they cause
during the unlawful foreclosure on **December 6, 2021**, and **Trustee's Deep**

*Upon Sale* to said Grantee. **December 22, 2021,** assign transfer from
QUALITY LOAN SERVICE CORPORATION, as Debt Collector attempting to
collect a debt its signed by **ADRIANA BANUELO**, as "Ass. VP" Grant and
Convey Transfer to FEDERAL HOME LOAN MORTGAGE CORPORATION
(FHLMC), as trustee for "FREDDIE MAC" Seasoned Credit Risk Transfer
Trust, Series 2017-2, aw owner of Related Mortgage Loan.

On **January 14, 2022**, the FHLMC as trustee for "FREDDIE MAC", the
Unlawful Detainer were filing to Superior Court of California County of Los
Angeles of Michael Antonovich Antelope Valley Courthouse at 42011 4th
Street West, Lancaster, California 93534.  Case No: **22AVUD00029** the
Unlawful Detainer it was represented by McCARTHY & HOLTHOUS, LLP
(Law Firm), attorney MATTHEW E. PODMENIK, Esq. SBN 219364 AND
MELISSA ROBBINS COUTTS Esq. SBN 246723.

On the October 14, 2021, NOTICE OF FORECLOSURE TRUSTEE
TRANSFER Plaintiffs sent to Defendants a demand for payment of an
alleged debt obligation.  Said document and foreclosure.  The petition was
only signed by the attorney in fact by BRITNEY FISHER – as title of the
Document Association the attorney of record, and there was **No Affidavit
from an injured party.**  The attorney filed this illegal foreclosure acting as a
3rd party debt collector, and they **ARE NOT** working on behalf of the Lender.
Based upon information and belief, there was no assignment of the Note with
the Deed of Trust, none of the Foreclosing Plaintiffs are the holder of the
Note in Du Course, and none of the Foreclosing Plaintiffs were assigned the
Note by COUNTRYWIDE HOME LOANS, INC. according, none of the
foreclosing Plaintiffs were ever entitled to enforce the Note.  The Trustee'
sale was also invalid because it TOOK PLACE without anyone ever
presenting the Original Note, or Original and valid assignments of the Note,
to QLSC "Debt Collector", the failure to do so resulted in an invalid
foreclosure sale.  defendants are informed and belief that the actual
beneficiary of the Deed of trust of Trust NEVER provided a declaration to
QLSC "Debt Collector', stating that Defendants were in default under the

terms of the Deed of Trust and, accordingly, the recording of the Notice of

Default and any subsequent documents relating to a non-judicial foreclosure

were recorded in violation of California Civil Code Section 2924(a)(1)(c).

Defendants further alleged on information and belief that none of these

Alleged beneficiaries or representative of the beneficiary have the original

Note prove that they are in fact the true party of interest under California Civil

Code 367 authorized to conduct the foreclosure sale of the subject property.

36.    That I, Mareine M. Plong [Sovereign Being], declare that defendant **DID NOT**
       have contract with any of these Plaintiffs.

       FHLMC as trustee for "FREDDIE MAC", NATIONSTAR MORTGAGE LLC,

       d/b/a MR. COOPER "Attorney in fact" BRITNEY FISHER – Document

       Execution Association and QUALITY LOAN SERVICE CORPORATION

       (Debt Collector), ADRIANA BANUELOS "Ass. VP", RONALD ALONZO "Ass.

       Sec."

37.    That I, Mareine M. Plong [Sovereign Being], declare that on or before

       December 17,2018, the Closing Date of the FHLMC as trustee for "FREDDIE

       MAC", defendants Note was sold to the Trust.  There is no contemporaneous

       assignment of Defendants' Mortgage to the Trust as underlying security for

       Defendants' Note.  Defendants Note and Mortgage are irreparably separated.

       Any attempt to assign assets into the trust after the Closing Date of the trust

       is a violation of the terms of the trust and is **VOIDABLE**?

       On December 24, 2018, the assignment of Deed of Trust was filed with the

       Los Angeles County Recorder's Office as Instrument # **20181300032.**

       The assignment was executed on December 17, 2018, by MOHAMED

       HAMEDED "VP" on behalf of NATIONSTAR MORTGAGE LLC without

       disclosing his true employment with assignee.  The assignment occurred

       approximately one years after the Closing Date of the Trust in violation of

       terms of the Trust.

       On January 10, 2019, a NOTICE OF DEFAULT was filed with Los Angeles

       County Recorder's Office as Instrument # **201900228472**.  The Notice of

*Default was filed occurred approximately 15 days after the Closing Date of the trust in violation of the terms of the trust.*

*Defendants allege that only the Depositor is the rightful party that can convey the asset into the trust pursuant to investor offering documents. Defendants. Therefore, alleges, upon information and belief, that none of the parties to neither the securitization transaction, nor any of the Plaintiffs in this case, old a perfected and secured claim in the Property, and that all Plaintiffs are estopped and precluded from asserting an unsecured claim against Defendant's estate.*

38.  *That I, Mareine M. Plong [Sovereign Being], declare that defendants pledged a Constructive Deed of Trust granting Legal Title to Accommodate COUNTRYWIDE HOME LOANS, INC. to file against Defendants Superior Claim to Title filed in the Official Records of the Los Angeles County Recorder's Office on **August 16, 2007, as instrument # 20071921645** Deed of Trust. The purported Mortgage Loans Contracts between the parties are specific as to the duties of each party. On or before September 28, 2007, the Closing Date of the FREDDIE MAC SERIES 3366 TRUST, Defendants Note was Sold to the Trust. There is no contemporaneous assignment of Defendants' Mortgage to the Trust as underlying Security for Defendants' Note. Defendants' Note and Mortgage are irreparably separated.*

39.  *That I, Mareine M. Plong [Sovereign Being], declare that any attempt to assign assets into the Trust after the Closing Date of the Trust are a violation of the terms of the Trust and is VOIDBLE.*

40.  *That I, Mareine M. Plong [Sovereign Being], declare that defendant this is an action brought by defendants for declaratory judgment, Quit Title, Injunctive and equitable relief, and for compensatory special, general and Punitive damages. **Defendants, Homeowner, Disputes the Title** and ownership of the real property in question (the" Home"), which is the subject of this action, in that the Originating alleged Mortgage Lender, (COUNTRYWIDE HOME LOANS, INC.) and the Originating alleged Trustee (RECONTRUST COMPANY, N.A.), named in the Note Signed by Borrower August 6, 2007,*

cannot produce records of a Loan account receivable to validate that lawful consideration was given to constitute a binding contract. Defendants further alleges that the foreclosure sale of the Subject Property was improper and fraudulent because there **NEVER was a valid obligation** that so-called Lender was entitled to collect on since there was NO Lawful consideration given by the so-called Lender (COUNTRYWIDE HOME LOANS, INC) named in the invalid Deed of Trust.

41. That I, Mareine M. Plong [Sovereign Being], declare that **the Judge SHOULD NOT make a judicial determination without an administrative hearing, without certify witness, sworn affidavit, verify proof of claim from the Plaintiffs, the court HAVE NO Jurisdiction. The state court has n jurisdiction over a dispute between a State Citizen and a foreign agent.** The foreign agent must file their claim in Federal Court for a Court to have jurisdiction. The Judge place himself/herself in a position of civil liability for dismissing the Defendants' jurisdiction challenge with an affidavit, the default motion and all the other pleadings the attorney failed to respond to the court or the judge. Judge stepped outside of constitution and Federal law when judge issued ruling without subject matter jurisdiction and therefore has NO IMMUNIT!

42. That I, Mareine M. Plong [Sovereign Being], declare that Defendants reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Constitution Law. The code is complimentary to the common law which remains in force, except were displaced by the code. A statute should be construed in harmony with common law unless there is a clear legislative intend to abrogate the common law. The code was written as not to abolish the common law entirely. Defendants was not involved with an international maritime contract, so in good faith, defendants denies that such a contract exists, and **demand the court to proceed under Common Law Jurisdiction.**

*FURTHER AFFIANT SAITH NOT.*

*I declare under penalty of bearing false witness before God and Women as recognized under the laws in and for The State of California, the Laws of the United States America and the Law of Nations, acting with sincere intent and full standing in law, do herewith certify and state that eh foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Mareine M. Plong [Sovereign Being], executes this documents in accordance with Mareine M. Plong [Sovereign Being], best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.*

A done, this 25th, day of March in the year 2022, under penalty of perjury under the laws of United States of America.

L.S. _Mareine M Plong_

By: Mareine M. Plong, [Sovereign]

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

SUBSCRIBED AND SWORN to this 25th day of March, 2022, Before me the undersigned, *Matt Craig* _____, a Notary Public acting within and for the County of Los Angeles, State California personally appeared, Mareine M. Plong [Sovereign Being], who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity(ies) and that by her signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

Notary Public/Print Name

*Matt Craig* _____ Seal

Notary Public Signed

MATT CRAIG
Notary Public - California
Los Angeles County
Commission # 2388476
Comm. Exp. 12-29-2025

## CONCLUSION with DIRECTIVE

WHEREFORE, Mareine M. Plong [Sovereign Being], having duly challenged the
jurisdiction and claim of judicial power of 42011 4th Street West, Lancaster, CA 93534,
SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES, CALIFORNIA,
does now demand and direct said Court to order the Plaintiffs in said cause to prove on
the Record of this instant case that the Declarations of Mareine M. Plong, [Sovereign
Being] is invalid **and to prove that this Court was created by the Constitution for
the State of California, holding judicial power.  And that the judges who have
presided over this case prove by certified archival documents that they had on
file the required oath set forth by Act of Congress as 1 Stat. 23 before they issued
the orders, which said judges claim to have judicial power to issue and to have
enforced by any law enforcement agency.**  Mareine M. Plong, [Sovereign Being]
serves Administrative/Judicial Notice on this Court, that unless and until the above
Affidavit is rebutted in its entirety, point by point, it stands as the Law of this instant case.
Pursuant to *Melo v. US*, this Court **must** once jurisdiction has been challenged, as it
now has been, **halt all further proceedings and stay all Orders/Writs that this Court
has issued.**  Further, this Court shall issue an Order to the Plaintiffs to prove jurisdiction
on the Record of this case and rebut the above Affidavit, point by point, **within 10 days**
of the filing of this Challenge of Jurisdiction.  Should this Court refuse to issue such
order to the Plaintiffs this Court admits on the Record of this case that all orders which
have been issued by any alleged judge of this Court in this instant case are **VOID**, not
merely voidable.  And should this Court refuse to issue an order declaring **all Orders in
this case VOID**, that such refusal or silence is a Tacit admission that the Court is
intentionally and maliciously violating the Unalienable Civil Rights of, Mareine M. Plong,
[Sovereign Being] one of the People of California; and further, this Court, as a result of
its Tacit admission agrees, that a Civil Rights complaint, against all perpetrators of the
violations, would be an appropriate action.

**Approve as to form**

*Mareine m Plong*

By: Mareine M. Plong, [Sovereign]

# VERIFICATION

I, Mareine M. Plong [Sovereign Being], a California State Citizen and one of the People of California, makes this Verification based on personal knowledge of matters set forth herein and appearing without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the facts stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of the United States of America and the laws of California, and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of my statements.

Entered this 25th day of March 2022

L.S. *Mareine M Plong*
_____
Mareine M. Plong, [Sovereign]

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

A notary public or other officer completing this certificate verified only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**
**County of <u>Los Angeles</u>**

Subscribed and sworn to (or affirmed) before me on this 25th, day of <u>March</u> 2022 before me, the undersigned, *Matt Craig* _____, a Notary Public in and for the State of California, personally appeared <u>Mareine M. Plong</u> [Sovereign Being], the above-signed, known to me to be name of signer prove to be on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Signature                    Seal

*Matt Craig*
_____
Printed Notary Name

My Commission Expires <u>12-29-25</u>

MATT CRAIG
Notary Public - California
Los Angeles County
Commission # 2388476
Comm. Exp. 12-29-2025

1

## CERTIFICATE OF SERVICE

2        I certify that a true and correct copy of the Challenge of Jurisdiction to the 42011

3    4th Street West, Lancaster, CA 93534. Michael Antonovich Antelope Valley Courthouse.

4    was served by First Class Mail, and or fax to Attorney Rob Bonta at 845 South Figueroa

5    Street, Los Angeles, CA 90017. on this 25th day of March 2022 to the Court Clerk and

6    the attorney of record.

7

8                                        By: /s/ Marceine m Ploug

9

10

11    CALIFORNIA ATTORNEY GENERL OFFICE
      ROB BONTA
12    845 South Figueroa Street
13    Los Angeles, CA 90017

14
      Plaintiff(s)
15    McCARTHY & HOLTHUS, LLP (Law Firm)
      MATTHEW E. PODMENIK, Esq. (SBN 219364)
16    MELISSA ROBBINS COUTTS Esq. (SBN 246723)
17    2763 Camino Del Rio S, Suite 100
      San Diego, CA 92108
18    (619) 243-3960 Fax (619) 785-3253
19

20    SUPERIOR COURT OF THE STATE OF CALIFORNIA
      IN AND FOR THE COUNTY OF LOS ANGELES
21    MICHAEL ANTONOVICH ANTELOPE VALLEY COURTHOUSE
22    42011 4TH Street West
      Lancaster, CA 93534
23

24    QUALITY LOAN SERVICE CORPORATION (DEBT COLLECTOR)
25    ADRIANA BANUELOS "Ass. VP"
      RONALD ALONZO "Ass. Sec."
26    2763 Camino Del Rio, South
27    San Diego, CA 92108

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF LOS ANGELES

MATTHEW E. PODMENIK, Esq. (SBN 219364), )   Case No : 22AVUD00029
MELISSA ROBBINS COUTTS, Esq.                        )
(SBN 246723), McCARTHY & HOLTHUS, LLP  )
(Law Firm) for FEDERAL HOME LOAN            )
MORTGAGE CORPORATION (Investor), as       )
trustee for FREDDIE MAC Seasoned Credit Risk )
Transfer Trust, Series 2017-2, as owner of         )
Related Mortgage Loan, NATIONSTAR            )
MORTGAGE LLC d/b/a/ MR. COOPER,             )
BRITNEY FISHER "Attorney in fact";               )
ADRIANA BANUELOS "Ass. VP",                     )
RONALD ALONZO "Ass. Sec." for QUALITY      )
LOAN SERVICE CORPORATION                       )
"Debt Collector",                                           )
                          Plaintiffs,                         )
                                                                )
vs.                                                              )
                                                                )
Brendem Plong, [Sovereign] & Mareine M.       )
Plong, [Sovereign], and DOES 1 through 6        )
Inclusive,                                                    )
                          Defendants,                      )
_____ )

## PROPOSED ORDER

Defendants Brendem Plong, [Sovereign Being] & Mareine M. Plong, [Sovereign Being] Proposed Order for the date above-mentioned, and the court having reviewed the case and supporting documents submitted in support of said forth, and any opposition thereto, and having determined that there are no material facts in dispute nor triable controversies with respect to the Standing of Plaintiffs to bring this Unlawful

Detainer action against Defendants the ownership of the subject real property located at
1720 W. Imperial Ave, Lancaster, CA 93534. APN # 3122-040-082.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that
Plaintiffs/attorneys MATTHEW E. PODMENIK, Esq. (SBN 219364), MELISSA
ROBBINS COUTTS, Esq. (SBN 246723), McCARTHY & HOLTHUS, LLP "Law Firm" for
FEDERAL HOME LOAN MORTGAGE CORPORATION, as Trustee for FREDDIE MAC
Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of Related Mortgage
Loan, NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, BRITNEY FISHER
"Attorney in fact", ADRIANA BANUELOS "Ass. VP", RONALD ALONZO "Ass. Sec." for
QUALITY LOAN SERVICE CORPORATION (DEBT COLLECTOR), agent/employee
who attempting to unlawful eviction on our real property in an "unlawful detainer."
Address at 2763 Camino Del Rio S. Suite 100, San Diego, CA 92108, **DOES NOT** have
standing to bring this Unlawful Detainer action and shall take nothing by way of their
complaint.

And been fully advised

**The Court Hereby Orders:**

Granting the Defendants Proposed Order to dismiss 'NOTICE OF UNLAWFUL
DETAINER (EVICTION) with prejudice and all other demands from the defendants.

On this_____ day of _____, 2022

Los Angeles County: _____
                        JUDGE SUPERIOR COURT OF THE STATE OF CALIFORNIA

1  "In Care of"
2  Brendem Plong    [Sovereign]
   Mareine M. Plong  [Sovereign]
3  1720 W. Imperial Ave
   Lancaster, CA 93534
4  Phone | 818 448-1539
5  Email: mareinep@aol.com

6  Defendants Pro Per

7          SUPERIOR COURT OF THE STATE OF CALIFORNIA

8            IN AND FOR THE COUNTY OF LOS ANGELES

9   MATTHEW E. PODMENIK, Esq.          Case No.: 22AVUD00029
10  (SBN219364), MELISSA ROBBINS
    COUTTS, Esq. (SBN246723), McCARTHY
11  & HOLTHUS, LLP (Law Firm) for FEDERAL    DEFENDANT'S MOTION TO MOOT ALL
12  HOME LOAN MORTGAGE                       PLEADINGS FILE BY THE ATTORNEY'S
    CORPORATION (Investor), as trustee for
13  FREDDIE MAC Seasoned Credit Risk         UNTIL THE ATTORNEY'S PROVE
14  Transfer Trust, Series 2017-2, as owner of   SUBJECT MATTER JURISDICTION ON
    Related Mortgage Loan, NATIONSTAR
15  MORTGAGE LLC d/b/a MR. COOPER,           THE COURT RECORD AND UNDER
16  BRITNEY FISHER "attorney in fact";       COMMON LAW
    ADRIANA BANUELOS "Ass. VP", RONALD       Hearing Date: April 6-2022
17  ALONZO "Ass. Sec." for QUALITY LOAN      Time: 8-30 AM
18  SERVICE CORPORATION "Debt                Dept = A 22
    Collector",                             RESERVE THE RIGHT TO AMEND
19
                                            DEMAND A JURY TRIAL
20              Plaintiffs,

21  vs.

22  Brendem Plong, [Sovereign] & Mareine M.
23  Plong, [Sovereign] Pro Per, and DOES 1
24  through 6 inclusive,

25              Defendants,

26

27

28

STAMPED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 25 2022

Sherri R. Carter, Executive Officer/Clerk
                              Deputy
Chris Grant

## DEFENDANT'S MOTION TO MOOT ALL PLEADINGS
## FILED BY THE ATTORNEYS UNTIL THE ATTORNEY'S PROVE SUBJECT
## MATTER JURISDICTION ON THE COURT RECORD

[ "Cujusque Rei Potassium Pars"] [The Principle Part Of Everything Is In The Beginning]

We are before this court by special appearance, without waiving any rights, defenses, statutory or procedural and request the court to moot the pleadings filed in the case in violations of the court rules and the law. The attorney failed to respond to the Defendants jurisdiction challenge based on us state citizenship status in their first answer and therefore it is admitted the court lacks subject matter jurisdiction. The Plaintiffs in this case failed to file the original true and correct copy of the of the contract in this foreclosure action. The original contract was altered and stolen. There was an addition to the agreement with the following items that are not showing on the contract filed in this case.

    a) The intent of the agreement was the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

    b) The bank or financial institution involved in the alleged loan will follow GAAP,

    c) the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

    d) the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

    e) the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP. the original written agreement gives full disclosure of all material facts.

5. The original contract will show the bank agreed that I could repay using another IOU- promissory note payable in the same species of money, money equivalent or credit or funds or capital that the bank or financial institution used per GAAP to fund the loan. I have been damaged because the note was altered and stolen. our signature

cannot testify that the bank lent us the bank's money to purchase the promissory note. The Plaintiff failed to provide the court adequate assurance of due performance. The bank did not give us a deposit slip in violation of *12 USCA Sec 1813*, and the court does not have on record what the bookkeeping entries are. Without the bookkeeping entries the attorneys cannot prove they performed under the agreement and funded the loan to the Defendant.

The law is simple no "Principal" no "Agency" to "Capacity to Sue". The Unlawful Detainer complaint filed by plaintiffs must be dismissed with prejudice. These attorneys **MELESSA ROBBINS COUTTS, Esq. (SBN246723)** and **MATTHEW E. PODMENIK, Esq. (SBN219364)** have unlawfully accepted the title of "Esquire" Thus, they are clearly incompetent in law and should not be relied upon as a source of legal advice. Their acceptance of a "British Atoned Registry"(BAR) "Title of Nobility" establish their loyalty to the crown, which makes them a "Foreign Agents" 22 USC 611.

**Defendants Objection to the court hearing:**

**Objection 1).** Attorney MELESSA ROBBINS COUTTS, Esq. (SBN246723) **CANNOT** testify in this hearing scheduled by the court on April 20, 2022. The law is simple no "Principal" no "Agency" to "Capacity to Sue".

**Objection 2).** Attorney MELESSA ROBBINS COUTTS, Esq. (SBN246723) **IS NOT** a witness to the original contract therefore **CANNOT** testify.

**Objection 3).** FEDERAL HOME LOAN MORTGAGE CORPORATION (FHLMC), as trustee for (FREDDIE MAC) to claim as an injured party. It MUST prove the existence of the contract plaintiff FHLMC.

**Objection 4).** FEDERAL HOME LOAN MORTGAGE CORPORATION (FHLMC) as Trustee for ("FREDDIE MAC") to claim as an injured party. It MUST provide a). Verifiable proof of claim, b). Singed sworn affidavit, c). certified witness. **Non-Existed.**

ONLY the original party(ies) or beneficiary(ies) of the contract with VERIFIABLE PROOF OF CLAIM, SINGED SWORN AFFIDAVIT, AND CERTIFIED WITNESS, CAN TESTIFY.

For the court to have jurisdiction to hear the case. There MUST be an injured party, **non-existed. The court, court officers, or the judge CANNOT circumvent the rule in aiding and abetting plaintiffs to seize or attempted to steal defendant property.**

Defendants **DO NOT** Consent to any hearing: a). **WITHOUT Certify Witness, b). WITHOUT Sworn Affidavit, c). WITHOUT Verify proof of claim from Plaintiffs. Because that would put defendants at the disadvantage and WITHOUT these documents, the court <u>HAVE NO</u> jurisdiction except to DISMISS plaintiffs' complaint WITH PREJUDICE.**

## FRAUDULENT CIVIL ACTION

This civil action is "Fraud" because the attorneys are claiming a "corporation" has rights, privileges, and immunities in court, common knowledge dictates a Corporation is an artificial person without natural rights. For an attorney to file a civil action with a "Corporation" as "Plaintiffs" is clear "Fraud on the Court". A "corporation" **CANNOT** sign a "Power of Attorney" or give any attorney verbal instructions to act on its behalf. Therefore, **no attorney** can lawfully represent any "corporation in court".

## ILLEGAL ASSIGNABLE CONTRACT

Courts have decided, "As a general rule, all contracts are assignable. ... An exception to this rule is that **a contract that relies on the personal trust, confidence, skill, character, or CREDIT of the parties, may not be assigned without the consent of the parties** *Barrionuevo v. Chase Bank, N.A. (N.D. Cal. 2012) 885 F.Supp.2d 964, 972; see Herrera v. Deutsche Bank National Trust Co. (2011) 196 Cal.App.4th 1366, 1378* [bank and reconveyance company failed to establish they were current beneficiary and trustee, respectively, and therefore failed to show they —had authority to conduct the foreclosure salell]; *cf. U.S. Bank Nat. Assn. v. Ibanez (Mass. 2011) 941 N.E.2d 40, 51 [under Mass. law,* **only the original mortgagee or its assignee may conduct nonjudicial foreclosure sale**].) **This case was assigned**

without consent from all parties and therefore the assignment was illegal, and the foreclosure is VOID because it was initiated by a party without standing.

## VOID JUDGMENT/ LACK OF JURISDICTION

Any ruling made by a court in which there was a lack of subject matter jurisdiction is called a **VOID judgment**. The subject matter jurisdiction can **NEVER** be presumed, **NEVER** be waived, and **CANNOT** be construed even by mutual consent of the parties. Subject matter jurisdiction is two parts:

> a. the statutory or common law authority for the court to hear the case and the appearance and testimony of a competent fact witness, in other words, sufficiency of pleadings. Subject matter jurisdictional defects include following, the highlighted numbers show the jurisdiction issues that currently exist, I will appeal any a unlawful decision and file my civil claim for real estate deed fraud.

1. **No Petition in the record of the case, *Brown v. Vanke Uren, 340 III. 118, 122 (1930)***

2. Defective Petition filed, *Brown v. Vanke Uren, 340 III. 118, 122 (1930)*

3. **Fraud committed in the procurement of jurisdiction, *Fredman Brothers Furniture v. Dept. of Revenue, 109 III.2d 202, 486 N.E.2d 893 (1985).***

4. **Fraud upon the court, In re Village of Willow brook, 37 III. App.3d 393 (1962)**

5. A judge does not follow statutory procedure, *Armstrong v. Obduction, 300 III. 140, 143 (1921)*.

6. Unlawful activity of a judge, Code of Judicial Conduct.

7. **Violation of due process, *Johnson v. Zarbist, <u>304 U.S. 458</u>, 58 S. Ct. 1019 (1938); Pure Oil Co. v. City of Northlake, 10 III.2d 241, 245, 140 N.E.2d 289 (1956); Hallberg v. Goldblatt Bros., 363 III.25 (1936);***

8. **If the court exceeded its statutory authority,** *Rosenstiel v. Rosenstiel, 278 F. Supp. 794 (S.D.N.Y. 1967).*

9. **Where no justiciable issue is presented to the court through proper pleadings,** *Legon v. Williams, 264 Ill. App.3d 701, 637 N.E.2d 633 (1st Dist. 1994).*

10. Where a complaint states no cognizable cause of action against that party, *Charles v. Gore, 248 Ill.App.3d 441, 618 N.E.2d 554 (1st Dist. 1993).*

11. Where any litigant was represented before a court by a person/law firm that is prohibited

12. by law to practice in that jurisdiction.

13. When the judge is involved in a scheme of bribery *(the Aleman cases, Bracey v Warden, U.S. Supreme Court No. 96-6133; June 9, 1997)*

14. Where a summons was not properly issued.

15. **Where service of process was not made pursuant to statute and Supreme Court Rules,** *Janov v. Bacon, 6 Ill. 2d 245, 249, 218 N.E.2d 706, 708 (1955).*

16. When the Rules of Circuit Court are not complied with. The violation highlighted in yellow show a few of the violations that rob the court of jurisdiction. The attorneys are wasting the court time and have stated in their pleadings they did not need a witness to bring this case forward. The attorney stated they do not need an affidavit, they stated they don't need jurisdiction it's crazy what the attorneys are claiming when the case law and the court rules clearly shows differently.

## VIOLATION OF DUE PROCESS

Any ruling that involves violation of due process of law under the Fifth, Sixth, or Seventh Amendments is also a void judgment. Void judgment can be attacked or vacated at any time and there is no statute of limitation. *See Long v. Shore bank Development Corp., 182 F.3d 548 (C.A. 7 Ill. 1999).* A void judgment is one which, from

its inception, was a complete nullity and without legal effect, *Leben v. Selective Service System Local Bd. No. 27, 453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972).*

## HEARSAY EVIDENCE

The State Foreclosure code, statute, or law the attorney used to provide the court with jurisdiction is missing the 3 elements necessary to allow it to be considered a valid law that we are subject to obeying. The laws referenced in the foreclosure complaint have no official evidence that they are from an authority to which we are subject to or required obey. *CA. Civ. Pro Code § 367* does not contain the necessary elements to be considered a real law and therefore we are not obligated to obey.

## LACK OF JURISDICTION OVER A STATE CITIZEN

Brendem Plong & Mareine M. Plong "Plaintiffs" challenged the court's jurisdiction in our counterclaim based on the fact the **Defendant is a State citizen of the Republic State of California and therefore not subject to the court's statutory jurisdiction without an injured party**. The attorneys failed to argue the issue of jurisdiction as to the state citizenship in their original response and therefore any argument on the issues waived. The following are additional issues that rob the court of jurisdiction.

        b. *There is **no witness** to provide jurisdiction to the court and the **attorney cannot testify**.*

        c. *We, Brendem Plong & Mareine M. Plong are a State Citizen and **not subject to a debt collection claim with no injured party**.*

        d. *The attorneys have failed to prove jurisdiction on the court record.*

        e. *There is **NO AFFIDAVIT** filed in the case.*

        f. *There is **NO CONTRACT** on the court record and an accounting of the alleged money trail.*

        g. *There is a fatal flaw in this action due to the fact the attorney listed the lenders as the Plaintiffs when in fact the attorney is attempting to collect an alleged debt that has been claimed on the lender's insurance. The lenders listed are not legally registered in the state of California to*

*do business, has no footprint in the State of California and therefore*
***CANNOT** sue a state citizen. The attorney is affiliated with the law firm*
*and pro-se representation is not permitted by a corporation. The*
*Plaintiffs are conspiring to commit real estate deed fraud. See: **Exhibit***
***1,** a copy of verify of my state citizenship and a copy of mt cease and*
*desist letter.*

## PROOF OF JURISDICTION

Proof of jurisdiction must appear on the record of the court. Once the court has knowledge that subject matter is lacking, the judge has no discretion but to dismiss the action. Failure to dismiss the action means the court is proceeding in clear absence of all jurisdictions and subjects the judge to civil liability.

## SUBJECT MATTER JURISDICTION REQUIRES

1. A competent witness or notarized affidavit demonstrating an injury.

2. A statutory or common law basis for a remedy of the injury.

## ATTORNEYS CANNOT TESTIFY

Statements of counsel in brief or in argument are **never facts** before the court. **NO attorney** can state a fact before the court. This was more than adequately pointed out in 2000 when thousands of Florida ballots were taken before the U.S. Supreme Court, without even so much as one competent fact witness. Without a witness the court could not see the ballots, the ballots were not before the court, and the ballots could not be introduced as evidence.

Before any determination, there must be a court of complete or competent jurisdiction.

    a. There must be two parties with capacity to be there.

    b. There must be subject matter jurisdiction.

    c. Appearance or testimony of a competent fact witness.

Without jurisdiction, complete jurisdiction, no court can issue a judgment that is not void, a nullity, without force or effect, on its face and in fact. **Lawyers and attorneys are NOT licensed to practice law the nature of lawyer**- craft in America as per the United States Supreme Court; **The practice of Law CANNOT be licensed by any state/State**. *(Schwarzer v. Board of Examiners, 353 U.S. 238, 239)*.

## THE ATTORNEY CANNOT REPRESENT THEIR LAW FIRM

A corporation **CANNOT** represent itself in court. check out a copy of the notice of appearance showing the attorney is an agent in law firm listed in the counterclaim and motion for sanctions. In Federal Courts, the Local Rule 5(b) states: An "**entity may not appear without counsel admitted to the bar of this court**." The relevant case law also states that a **CORPORATION or LLC must be represented by a lawyer in court**. See: *Harrison v. Whittaya's, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001) (citing *Flora Constr. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962)). *See Tal v. Hogan*, 453 F.3d 1244, 1254 & n.8 (10th Cir. 2006), ("It is well established that LLCs must be represented by counsel in order to proceed before this court.") *(Citing Roscoe v. United States, 134 F. App'x 226 (10th Cir. Apr. 29, 2005)* (**LLC cannot proceed pro se**)). A **corporation CANNOT** appear by any means other than by an agent and thus it is impossible for a corporation to appear personally in. *see: Lefkowitz v. Schellenberger, 107 F. Supp. 397 (S. D. Cal. 1952)*. The traditional rationale for the view that only an attorney may represent a corporation in court is that a corporation is an artificial person created by law and, being such, cannot act as a natural person in presenting its own case. *See: Paradise v. Nowlin, supra n. 2. See also Note, Appointment of Counsel for a Defaulting Corporation in a Criminal Proceeding, 1960 Duke L. J. 649 (1960.)* court. A recent decision, Remote Soil Service, Inc. v. Benson, has reiterated the view that corporations cannot appear in court in propria persona." Nor may a layman in charge of a corporation take assignments of the corporation's claims and appear pro se. *See: 6 Black, op. cit. supra n. 3, at 1364*; meaning to appear for himself.

## NO CIRCUMVENTING THE RULE

The courts **DO NOT** permit an entity to circumvent the rule through an

assignment—even if the assignment would otherwise be valid! In other words, a corporation or other entity **CANNOT** simply assign its claims to an individual (and presuming its liability on claims) to an individual to avoid the requirement of obtaining counsel to litigate the claims. See, e.g., ***Global E business Servs. v. Interactive Broker LLC, 2017 U.S. Dist. LEXIS 22916 (N.D. Cal. 2017)*** (an individual plaintiffs affiliated with a corporation may not circumvent this rule through a purported assignment of interest from the corporation to the individual); *Bischoff v. Waldorf, 660 F. Supp. 2d 815 (E.D. Mich. 2009)* (despite assignment of trademark claims to individual Plaintiffs from corporation, attorney required to litigate claims). This rule is limited to situations in which the individual has an affiliation with the entity.

## PRINCIPLES OF LAW

The people have rights, **corporations <u>DO NOT</u> have rights**. Among these "Rights" is the right to contract, the people have this right under *42 USC 1981*. The people exercise this right by their signature and/or Social Security Number. <u>Corporations CANNOT sign and therefore CANNOT enter into any contract, with an attorney.</u> The right to contract is reserved to the people. This is established by the age-old principle of "Agency". To establish an "Agency", the "Principal" must ask the "Agent" to perform a task. The "Agent" must agree to perform the task. It is a time-tested principle, of "American Jurisprudence" that the "Court" must not rely upon the" Agent" to prove" Agency". The "Court" must follow the "Principal" to establish "Agency" **The law is simple no "Principal" no "Agency" to "Capacity to Sue"**. <u>Case must be dismissed</u>.

## UNDER THE PRINCIPLES OF LAW ONE CANNOT BE DEFEATED BY LIES

Under the principles of law, one **CANNOT** be defeated by lies of what is or is not law spouted by incompetent attorneys who are ignorant of law by law. Article I, Section 10 prohibits "Titles of Nobility", issued by states. **All attorneys have unlawfully accepted the title of "Esquire"**. Thus, they are clearly incompetent in law and should not be relied upon as a source of legal advice. Their acceptance of a "British Atoned

Registry"(BAR) "Title of Nobility" establish their loyalty to the crown, which makes them a "Foreign Agents" 22 USC 611.

No attorney can appear in court without the physical human being he represents. **"Agents cannot testify for principals."** I' will excise my right to challenge every witness to prove they are the principal, by asking for their **Driver's Licenses**, proving they are the "principal" i.e, "AUTO VEST LLC". If they are not, I' demand their testimony be removed from the record as "Hearsay" testimony. An imaginary person cannot appear no agent can speak for them.

No "Debt Collector" attorney can collect any debt without the "**Original Wet Ink Signed Contract**" being present in court. **Copies are not admissible;** I object to any copies as they are forgeries. This missing contract is the "subject matter" of the "Court's jurisdiction" without it the court has no jurisdiction to proceed. The court must dismiss for lack of subject matter jurisdiction. The United States Supreme Court has repeatedly held that any judge who acts without jurisdiction is engaged in an act of treason. *U.S. v. Will 499 US 200, 216, S. Ct. 471, 66 L. Ed 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed. 257 (1821).*

## THE ATTORNEY'S LAW FIRM DOES NOT HAVE STANDING

**The law firm representing the Plaintiff does not have a license to collect mortgage payments or to be a debt collector, does not have a bond and as such is operating illegally and has no standing.**

Law firm in this action is acting as a 3rd party debt collector acting on behalf of their law firm and not the Plaintiffs listed on the face of their complaint. This deception is a fatal flaw to this action and violates the Fair Debt Collectors Practices Act, at title 15 section 1692. The attorney is not lawfully before the court and is in violation of the "Clean Hands Doctrine" The attorney comes before the court with unclean hands and have no standing in court.

## Conclusion

The attorneys in this never filed an affidavit or produced a witness to provide the court with jurisdiction. The attorneys failed to argue the court jurisdiction as it relates to we're state citizenship and as such, We're not subject to the courts statutory code and

statutes without an injured party. The elements needed to give the court jurisdiction are missing and the court cannot take jurisdiction without accepting civil liability. The law firm was included in the counterclaim so is inappropriate for an agent with an affiliation with the corporation to represent the corporation or the other attorneys in court.  The court lacks jurisdiction in this case, and the pleadings must be moot until the Plaintiffs can prove jurisdiction on the record.

/s/ Mareine mPlong         03/25/2022

Mareine M. Plong, [Sovereign]
Without Prejudice U.C.C. 1-308

Mareine M. Plong **Permanent Address:**

Rural Route Delivery
c/o 1720 W. Imperial Ave
Lancaster, California. 00000

Mailing to the following:

Plaintiff(s)

MATTHEW E. PODMENIK, Esq. (SBN 219364)
MELISSA ROBBINS COUTTS, E sq. (SBN 246723)
McCARTHY & HOLTHUS, LLP (Law Firm)
2763 Camino Del Rio, S. Suite 100
San Diego, CA 92108
Tele: (619) 243-3960
Fax (619) 785-3253

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "1"

COPY OF PASSPORT AND AFFIDAVIT OF OWNERSHIP OF
CERTIFICATE AND MT CEASE AND DESIST LETTER ALL THE COPY
GO TO THE COURT.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MATTHEW E. PODMENIK, Esq. (SBN219364), MELISSA ROBBINS COUTTS, Esq. (SBN 246723), McCARTHY & HOLTHUS, LLP (Law Firm) For FEDERAL HOME LOAN MORTGAGE CORPORATION (Investor), as Trustee for FREDDIE MAC Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of Related Mortgage Loan, NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, BRITNEY FISHER "Attorney in fact"; ADRIANA BANUELOS "Ass. VP", RONALD ALONZO "Ass. Sec." for QUALITY LOAN SERVICE CORPORATION "Debt Collector", )))))))))))))))) | Case No.: 22AVUD00029<br><br>Request for Jury Trial<br><br>Reserve the Right to Amend |
| Plaintiffs, ) | |
| vs. ) | |
| )))Brendem Plong, [Sovereign] & Mareine M. Plong, [Sovereign] Pro Per, and DOES 1 through 6 inclusive, )))) | |
| Defendants, ) | |

## PROPOSED ORDER

This matter comes before the court on the defendant's motion to strike the notice of appearance of the attorney. Having reviewed the motion, and all the other documents filed in support and opposition, and been fully advised

### The Court Hereby Orders:

Granting the Defendants motion to Moot the pleadings filed in the case by the attorneys until the challenge to jurisdiction has been determined.

On this _____ day of _____, 2022

Los Angeles County: _____

JUDGE SUPERIOR COURT OF THE STATE OF CALIFORN

1
2
3
4
5
6
7
8

# EXHIBIT "D"

9
10    04/15/2022, Filed Reply to the Jurisdictional Challenge with an
11    Affidavit Motion to Dismiss for Lack of Subject Matter Jurisdiction.
12
13    03/15/2022, Filed Defendants Answer to Court Hearing
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   "In care of"

2   Brendem Plong    [Sovereign]

    Mareine M. Plong   [Sovereign]]

3   14500 Day Lily Lane

    Panorama City, CA 91402

4   Tele: (818) 448-1539

    Email: mareinep@aol.com

5

6   Defendants In Pro Per

7   4/14/2022

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

APR 1 5 2022

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy

8

9         **SUPERIOR COURT OF STATE OF CALIFORNIA**

            **COUNTY OF LOS ANGELES**

10   **MICHAEL ANTONOVICH ANTELOPE VALLEY COURTHOUSE**

11   MATTHEW E. PODMENIK, Esq.

12   (SBN219364), MELISSA ROBBINS

    COUTTS Esq. (SBN246723), DEBORAH A.

13   BOYD, Esq. (SBN 136296) McCARTHY &

    HOLTHUS, LLP (Law Firm) for FEDERAL

14   HOME LOAN MORTGAGE

    CORPORATION (Investor), as trustee for

15   FREDDIE MAC Seasoned Credit Risk

    Transfer Trust, Series 2017-2, as owner of

16   Related Mortgage Loan, NATIONSTAR

17   MORTGAGE LLC, d/b/a MR. COOPER,

    BRITNEY FISHER "attorney in fact";

18   ADRIANA BANUELOS "Ass. VP", RONALD

19   ALONZO "Ass. Sec." for QUALITY LOAN

    SERVICE CORPORATION "Debt

20   Collector",

21              Plaintiffs,

22

23   vs.

24   Mareine M. Plong & Brendem Plong,

    [Sovereign] In Pro Per, and does 1-6

25   inclusive,

26            Defendants,

Case No.: 22AVUD00029

REPLY TO THE ATTORNEY'S
RESPONSE TO THE JURISDICTIONAL
CHALLENGE WITH AN AFFIDAVIT
MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION

Hearing Date: April 15, 2022
Time: 8:30 a.m.
Dept: A14

Hon: Stephen Morgan

DEMAND FOR JURY TRIAL

RESERVE THE RIGHT TO AMEND

27

28     **REPLY TO THE ATTORNEY'S RESPONSE TO THE JURISDICTIONAL**

1
REPLY TO THE ATTORNEY RESPONSE TO THE JURISDICTION CHALLENGE W/AFFIDAVIT

## CHALLENGE WITH AN AFFIDAVIT/

## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

[ "Couse Rei Purisima Pars"] [The Principle Part of Everything Is In The Beginning]

We're before this court by special appearance, without waiving any rights, defenses, statutory or procedural to motion the court to Dismiss this case with prejudice for lack of subject matter jurisdiction. The laws cited in the petition under Constitution, Article IV, Section 9. People v. Oreck, 74 Cal. App. 2d 215. Reaffirmed in People v. Horner, 137 Cal. App. 2d 615; Orange County Water Dist. v. Farnsworth, 138 Cal. App. 2d 518; *People v. Oosterveen, 154 Cal. App. 2d 620;* San Joaquin Helicopters v. Dept. of Forestry et al., App. 3 Dist. 2003. Government Code, Section 9501 5. The Constitution of 1849, Article IV, Section 1, provided that the enacting clause of every law be as follows: "The people of the State of California, represented in Senate and Assembly, do enact as follows:" a similar provision remained in the Constitution until the adoption of Proposition 1-a in 1966, which removed it from the Constitution. However, it was subsequently enacted as part of the Government Code. The statute cited is in violation of Article IV Legislative Sec. 8(a) at regular sessions do not bill other than the budget bill may be heard or acted on by committee or either house until 31st days Sec. 8. Until the 31st day after the bill is introduced unless. The house dispenses with this requirement entered in the journal, three fourths of the membership concurring. The statues sited in the complaint are invalid, they do not contain the enacting clauses to verify they are legally binding. The petition states it is pursuant to CA. Constitution Article IV §8. however, this statute is missing the 3 elements mandated by the California Constitution to be a valid law. **The attorneys filed the foreclosure case and filed an Unlawful Detainer without a witness or an affidavit on the court record and that fatal flaw robbed the court of jurisdiction. We have been prejudiced in this case by the attorneys' misconduct which has forced me to pack and evict us to be homeless. The attorneys in this case are acting as a 3rd party debt collector and is unlawfully before the court.**

# The California Enacting Clause

Constitution, Article IV, Section 8(a). At regular sessions no bill other than the budget bill may be heard or acted on by committee or either house until the 31st day after the bill is introduced unless the house dispenses with this requirement by rollcall vote entered in the journal, three fourths of the membership concurring. *See also, People v. Cargill (1995) 38 Cal. App. 4th 1551.* The laws sited in the complaint are invalid, they do not contain the enacting clauses to verify they are legally binding. The petition states it is pursuant to CA Constitution Article IV §8. however, this statute is missing the 3 elements mandated by the California Constitution to be a valid law. If there is no valid law sited in the petition the court lack's subject matter jurisdiction. This is a defect the attorney cannot overcome. See: **Exhibit "A"** a copy of the 1st page of the attorney's petition showing the foreclosure was initiated using an invalid statute the defendant is not subject to obey. The attorneys have failed to respond by counter affidavit or argue on the merits.

## The Original Contract Was Altered and Stolen

The original contract was altered, stolen and there was an addition to the agreement with the following items that are missing from the contract the attorney's filed in this case:

1) **The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,**

2) **The bank or financial institution involved in the alleged loan will follow GAAP,**

3) **the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,**

4) **the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,**

5) The borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

6) **The written agreement gives full disclosure of all material facts.**

**The contract filed in this case is forged and the above 1-6 items is missing from the contract filed in the case. The court must demand the original with the above items be presented to the court to have jurisdiction. It appears the attorney are conspiring to commit real estate deed fraud.**

## Assignable Contracts

Courts have decided, "As a general rule, all contracts are assignable. ... An exception to this rule is that a contract that relies on the personal trust, confidence, skill, character, or **CREDIT** of the parties, may not be assigned without the consent of the parties. Barrionuevo v. Chase Bank, N.A. (N.D. Cal. 2012) 885 F.Supp.2d 964, 972; see Herrera v. Deutsche Bank National Trust Co. (2011) 196 Cal.App.4th 1366, 1378 [bank and reconveyance company failed to establish they were current beneficiary and trustee, respectively, and therefore failed to show they —had authority to conduct the foreclosure sale!!]; of. U.S. Bank Nat. Assn. v. Ibanez (Mass. 2011) 941 N.E.2d 40, 51 [under Mass. law, only the original mortgagee or its assignee may conduct nonjudicial foreclosure sale].). This case was **ASSIGNED WITHOUT CONSENT** from all parties and therefore the assignment was illegal, and the foreclosure is **Void** because it was **Initiated by a Party Without Standing**.

## Subject Matter Jurisdiction Defects

Subject matter jurisdictional defects include any of the following, the highlighted defects exist in this case:

1. No Petition in the record of the case, Brown v. Van Kaurene, 340 Ill. 118, 122 (1930)

2. Defective Petition filed, Brown v. Van Kaurene, 340 Ill. 118, 122 (1930)

3. Fraud committed in the procurement of jurisdiction, Freedman Brothers Furniture v. Dept. of Revenue, 109 Ill.2d 202, 486 N.E.2d 893 (1985).

4. Fraud upon the court, In re Village of Willow brook, 37 Ill. App.3d 393 (1962)

5. A Judge **DOES NOT** follow statutory procedure, Armstrong v. Obduction, 300 Ill. 140, 143 (1921).

6. Unlawful activity of a judge, Code of Judicial Conduct.

7. Violation of due process, Johnson v. Zarbist, 304 U.S. 458, 58 S. Ct. 1019 (1938); Pure Oil Co. v. City of Northlake, 10 Ill.2d 241, 245, 140 N.E.2d 289 (1956); Hallberg v. Goldblatt Bros., 363 Ill.25 (1936);

8. If the court exceeded its statutory authority, Rosenstiel v. Rosenstiel, 278 F. Supp. 794 (S.D.N.Y. 1967).

9. Any acts in violation of 11 U.S.C. §362(a), In re Garcia, 109 B.R. 335 (N.D. Illinois, 1989).

10. Where no justiciable issue is presented to the court through proper pleadings, Legon v. Williams, 264 Ill. App.3d 701, 637 N.E.2d 633 (1st Dist. 1994).

11. Where a complaint states no cognizable cause of action against that party, Charles v. Gore, 248 Ill.App.3d 441, 618 N.E.2d 554 (1st Dist. 1993).

12. Where any litigant was represented before a court by a person/law firm that is prohibited by law to practice in that jurisdiction.

13. When the judge is involved in a scheme of bribery (the Aleman cases, Bracey v. Warden, U.S. Supreme Court No. 96-6133; June 9, 1997)

14. Where a summons was not properly issued.

15. Where service of process was not made pursuant to statute and Supreme Court Rules, Janov v. Bacon, 6 Ill. 2d 245, 249, 218 N.E.2d 706, 708 (1955).

16. When the Rules of Circuit Court are not complied with.

## Conclusion

The jurisdiction defects in this case have prejudiced the Defendant and forced her to pack her house and prepare to be homeless. I DEMAND the foreclosure case against my property be dismissed with prejudice, the judge order the alleged debt to be discharged and our legal expenses in the amount of 6100.00 to be paid as soon as possible. I also request the court to order the attorneys to contact the credit reporting agencies and remove the false information from the Defendant credit report. Or what the court deems just and fair.

_Mareine M Plong_   4/14/2022
Mareine M. Plong, In Pro Per

# EXHIBIT "A"

a copy of the 1st page of the attorney's petition

1 | **McCARTHY & HOLTHUS, LLP**
Melissa Robbins Coutts, Esq. (SBN: 246723)
2 | Deborah A. Boyd, Esq. (SBN: 136296)
411 Ivy Street
3 | San Diego, CA 92101
Telephone:      (619) 685-4800
4 | Facsimile:      (619) 685-4811
Email:      dboyd@mccarthyholthus.com
5 |
Attorneys for Plaintiff
6 | Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk
Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan
7 |

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **COUNTY OF LOS ANGELES**

10 | **MICHAEL ANTONOVICH ANTELOPE VALLEY JUDICIAL DISTRICT**

11 |

12 | Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan, its assignees and/or successors,

Case No. 22AVUD00029

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO MOOT ALL PLEADINGS/CHALLENGE TO SUBJECT MATTER JURISDICTION**

Plaintiffs,

Date: April 15, 2022
Time: 8:30 a.m.
Ctrm.: A14

vs.

Brendem Plong, Mareine Plong, and DOES 1-10, inclusive,

Defendants.

Plaintiff Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan, its assignees and/or successors (hereinafter "Plaintiff FreddieMac") submits the following in Opposition to Defendant's Motion to Moot All Pleadings File By the Attorney's Until the Attorney's Prove Subject Matter Jurisdiction on the Court Record and Under Common Law filed by Defendants Brendem Plong and Mareine Plong (hereinafter "Defendants Plong"), which is scheduled for hearing on April 15, 2022 at 8:30 a.m. in Department A14 of this Court.

//

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th, day of April 2022 the foregoing document was filed in Court, and a copy was mailed out to attorney on record.

_Mareine M Plong_ _____  4/14/2022

Mareine M. Plong,
Without Prejudice UCC 1-308

Mareine M. Plong **Permanent Address:**

Rural Route Delivery
c/o 1720 W. Imperial Ave
Lancaster, CA 00000

ATTORNEYS

MATTHEW E. PODMENIK, Esq. (SBN219364)

MELISSA ROBBINS COUTTS Esq. (SBN246723)

DEBORAH A. BOYD, Esq. (SBN 136296)

McCARTHY & HOLTHUS, LLP (Law Firm)

411 Ivy Street

San Diego, CA 92101

Tel: (619) 685-4800

Facsimile: (619) 685-4811

Email: dboyd@mccarthyholthus.com

# ROOF OF SERVICE

I am at all times herein mentioned over the age of eighteen years I am not a party to the within action or cause, and my current business address is 1720 W. Imperial Ave, Lancaster, CA 93534.

On April 14, 2022, I Served a copy of the foregoing **REPLY TO THE ATTORNEY'S RESPONSE TO THE JURISDICTIONAL CHALLENGE WITH AN AFFIDAVIT / MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [PROPOSED] ORDER** in this matter and effected service in the following manner:

## BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:

I sealed and prepaid such envelope addressed as stated below, with certified mail fees thereon placed it in the United State Postal Service located in Lancaster Office, California.

An envelope was addressed to each addressee as follows:

| Defendant(s) | Attorney/Plaintiffs |
|---|---|
| Mareine M. Plong<br>Brendem Plong<br>c/o 1720 W. Imperial Ave<br>Lancaster, CA 93534<br><br>(818) 448-1539<br>Email: mareniep@aol.com | MATTHEW E. PODMENIK, Esq. (SBN219364)<br>MELISSA ROBBINS COUTTS Esq.<br>(SBN 246723), DOBORAH A. BOYD, Esq.<br>(SBN 136296)<br>McCARTHY & HOLTHUS, LLP (Law Firm)<br>411 Ivy Street, San Diego, CA 92101<br>T: (619) 685-4800 F: (619) 685-4811<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION et al.,<br>Attn: BRITNEY FISHER "attorney in fact"<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019 |

I declare under penalty of perjury under the laws of California that the foregoing it true and correct and I could competently testify thereto if called upon to do so.

Date: April 14, 2022

Rodee Jayavaramoni

REPLY TO THE ATTORNEY RESPONSE TO THE JURISDICTION CHALLENGE W/AFFIDAVIT

**From:** mareinep@aol.com,

**To:** dboyd@mccarthyholthus.com,

**Subject:** PLONG REPLY TO THE ATTORNEY'S RESPONSE TO THE JURISDICTIONAL CHALLENGE WITH AN AFFIDAVIT

**Date:** Thu, Apr 14, 2022 11:50 pm

**Attachments:** 4-14-2022 REPLY TO THE ATTORNEY RESPONSE TO THE JURISDICTIONAL CHALLENGE.pdf (4980K)

Plaintiffs failure to comply with the court order by April 11, 2022. Defendant received mail from plaintiffs on April 14, 2022.

SEE ATTACHEMENT OF DOCUMENT



**SUPERIOR COURT OF STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

**MICHAEL ANTONOVICH ANTELOPE VALLEY COURTHOUSE**

MATTHEW E. PODMENIK, Esq. (SBN219364), MELISSA ROBBINS COUTTS Esq. (SBN246723), DOBORAH A. BOYD, Esq. (SBN 136296) McCARTHY & HOLTHUS, LLP (Law Firm) for FEDERAL HOME LOAN MORTGAGE CORPORATION, As trustee for FREDDIE MAC Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of Related Mortgage Loan, NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, BRITNEY FIHSER (Attorney in fact); ADRIANA BANUELOS (Ass. VP), RONALD ALONZO (Ass. Sec.) for QUALITY LOAN SERVICE CORPORATION (Debt Collector),

Plaintiffs,

Vs.

Mareine M. Plong & Brendem Plong [Sovereign] In Pro Per,

Defendant(s)

)

Case No.: 22AVUD00029

PROPOSED ORDER

## Proposed Order

This matter comes before the court on the Defendants reply to the Plaintiffs response to
the defendant's jurisdictional challenge with an affidavit / motion dismiss with prejudice
for lack of jurisdiction and to order the plaintiffs to discharge the alleged debt, contact
the credit reporting agencies and correct the false information they reported and to pay
the defendant legal expenses, in the amount of 6100.00

Having reviewed the motion, and all the other documents filed in support and
opposition,

And been fully advised

**The Court Hereby Orders:**

Granting the defendants motion to dismiss with prejudice and all other demands from
the plaintiffs.

On this_____ day of _____ 2022

Los Angeles County: _____

JUDGE SUPERIOR COURT OF STATE OF CALIFORNIA

1    "In Care of "
2    Mareine M. Plong    [Sovereign]
     Brendem Plong    [Sovereign]
3    1720 W. Imperial Ave
     Lancaster, CA 93534
4    Phone | 818 448-1539
     Email: mareinep@aol.com
5
6    Defendants In Pro Per

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

APR 15 2022

Sherri R. Carter, Executive Officer/Clerk of Court
By_____ Deputy
Brenda Shanbrom

7        SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

8        MICHEAL ANTONOVICH ANTELOPE VALLEY COURTHOUSE

9

10   MATTHEW E. PODMENIK, Esq. SBN          Case No.: 22AVUD00029
     219364, MELISSA ROBBINS COUTTS,
11   ESQ. SBN 246723, DOBORAH A. BOYD,
     ESQ. (SBN 136296) McCARTHY &          DEFENDANTS ANSWERS TO COURT
12   HOLTHUS, LLP (Law Firm) for FEDERAL   HEARING
     HOME LOAN MORTGAGE
13   CORPORATION, as Trustee for FREDDIE
14   MAC Seasoned Credit Risk Transfer Trust,   DATE: APRIL 15, 2022
15   Series 2017-2, as owner of Related
     Mortgage Loan, NATIONSTAR           TIME: 8:30 A.M.
16   MORTGAGE LLC, d/b/a MR. COOPER,
17   BRITNEY FISHER (Attorney in fact);   DEPT: A14
     ADRIANA BANUELOS (Ass. VP), RONALD
18   ALONZO (Ass. Sec.) for QUALITY LOAN  Hon: Stephen Morgan
19   SERVICE CORPORATION (Debt
20   Collector),

21              Plaintiffs,
22   vs.
23
     Mareine M. Plong & Brendem Plong,
24   [Sovereign] In Pro Per, and DOES 1
25   through 6, inclusive,
26              Plaintiffs,
27
28

                                 1

# ANSWER TO COURT HEARING

1). "I am Objecting because there's no Witness before the court to provide me with jurisdiction". The Attorney cannot testify. If the Judge going to allow the attorney testimony to be on the record on behalf of Some plaintiffs. Defendant Demand that the Judge have to Swear the Attorney in so that the attorney can testify under oath.

2). Defendants have a right to cross-examine them. Otherwise, this process is not fair for me. The court would be obstructing the administration of Justice violating my due process and that is a criminal offence.

3). **There is no injured party in the court**. The court does not have jurisdiction without the injure part. These attorneys are Plaintiffs, the court do not have Jurisdiction. Because there's no injured party "there's only the plaintiffs' attorneys that's not an injured party. An attorneys have no Consideration in the program."

4). If the Judge decide that he/she has legal authority in the case and the Judge will be obstructing the administrative of Justice.

5). I am not subject to this administrative court jurisdiction without an injured party. The Judge don't have any Judicial Authority in this court.

6). "Your Honor" Defendant has a question to the plaintiffs' counsel about the bank or lender when the lender can accept our Signature on Mortgage Lien if there were Several owners of that property. All of the owners would have to be present to Signed the lien against the property. **Is it right?**

7). The fact that the lender accepted our signature on the "Mortgage Lien" shows that I own the property free and clear. **Is it right?**

**8). "Judge," I am not trying to get my house for free, I'm trying to stop THEM from getting my house for free.   They don't have one dime invested in this deal and payments have been received by the real creditors for which they refuse to give an accounting."**

9). The obligation WAS created.  The question is not who holds the note but to whom the note is payable, and what is the balance due on the note after a full accounting from the creditor.

10). "**Your Honor**" Defendant refuse to pay someone who never lend us the money, who is not on the closing documents and is relying on securitization documents which contain multiple conditions, many of which they have violated.

11). "**Your Honor**" Defendant deny the default because I know they received third party payments and they refuse to allocate the payments to my loan, and they refuse to inform me or the Court as to whether these third-party insurers and guarantors have equitable or legal rights of subrogation.  The Subrogation is taking the place of another person because I am the real party in interest.

12). Why should I lose my house just because I didn't pay them?  The note isn't payable to them.  Even if they have an assignment, it violates the terms under which they are permitted to accept it, and even if they were permitted to accept it, it would be on behalf of the true creditors who were the investors who advanced the funds and now could be anyone because of the transactions in which the investors were paid or settled.

13). "The question is not whether I made a payment, it is whether a payment is due after allocation of third-party insurance, credit default swap and guarantee payments.  Who are they to declare a default when they refuse to give a full accounting?"

Date: April 15, 2022

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Michael Antonovich Antelope Valley Courthouse<br>42011 4th Street West, Lancaster, CA 93534 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>04/15/2022 |
| PLAINTIFF/PETITIONER:<br>FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2017-2, AS OWNER OF THE RELATED MORTGAGE LOAN, ITS ASSIGNEES AND/OR SUCCESSORS | Sherri R. Carter, Executive Officer / Clerk of Court<br>By:        D. Dill        Deputy |
| DEFENDANT/RESPONDENT:<br>BRENDEM PLONG et al | |

| CERTIFICATE OF MAILING | CASE NUMBER:<br>22AVUD00029 |
|---|---|

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Hearing on Motion - Other for Judicial Challenge with Affidav...) of 04/15/2022 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Lancaster, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Melissa Robbins Coutts
McCarthy & Holthus, LLP
2763  Camino Del Rio S 100
San Diego, CA  92108

MAREINE PLONG
✗  1720 W. Imperial Ave
Lancaster, CA  93534

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 04/15/2022

By:   D. Dill
      Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
North District, Michael Antonovich Antelope Valley Courthouse, Department A14

22AVUD00029
**FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2017-2, AS OWN vs BRENDEM PLONG, et al.**

April 15, 2022
8:30 AM

Judge: Honorable Stephen Morgan
Judicial Assistant: D. Dill
Courtroom Assistant: B. Shanbrom

CSR: FTR
ERM: None
Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Deborah A. Boyd for Melissa Robbins Coutts (Telephonic)

For Defendant(s): MAREINE PLONG

**NATURE OF PROCEEDINGS:** Hearing on Motion - Other for Judicial Challenge with Affidavit; Hearing on Motion - Other to Moot all Pleadings filed by the Attorney's until the Attorney's Prove Subject Matter Jurisdiction on the Court Record and Under Common Law; Trial Setting Conference

The matters are called for hearing.

This proceeding is electronically recorded.

The Court has read and considered the moving papers and a tentative ruling has been posted.

The Court inquires of the parties.

The written tentative will become the order.

Defendant Mareine Plong's Motion for Jurisdictional Challenge, With an Affidavit is DENIED.

The Motion re: Defendant's motion to moot all pleadings filed by attorney's ntil the attorney's prove subject matter jurisdiction on the court record and under common law filed by MAREINE PLONG on 03/25/2022 is Denied.

The Court finds that the case is at issue.

Jury Trial is scheduled for 06/10/2022 at 08:30 AM in Department A14 at Michael Antonovich Antelope Valley Courthouse.

Minute Order                                                    Page 1 of 2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
North District, Michael Antonovich Antelope Valley Courthouse, Department A14

**22AVUD00029**                                                                    April 15, 2022
**FEDERAL HOME LOAN MORTGAGE CORPORATION, AS**                                       8:30 AM
**TRUSTEE FOR FREDDIE MAC SEASONED CREDIT RISK**
**TRANSFER TRUST, SERIES 2017-2, AS OWN vs BRENDEM**
**PLONG, et al.**

Judge: Honorable Stephen Morgan              CSR: FTR
Judicial Assistant: D. Dill                  ERM: None
Courtroom Assistant: B. Shanbrom             Deputy Sheriff: None

---

Final Status Conference is scheduled for 06/01/2022 at 08:30 AM in Department A14 at Michael Antonovich Antelope Valley Courthouse.

Clerk to give notice.

Certificate of Mailing is attached.

1
2
3
4
5
6
7

# EXHIBIT "E"

8
9
10     04/22/2022, Filed Notice to California Attorney General Office, Rob
11     Bonta RE: FRAUD UPON THE COURT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Mareine M. Plong    [Sovereign]

2    Brendem Plong     [Sovereign]

    **"In care of"**

3    1720 W. Imperial Ave

    Lancaster, CA [93534]

4    Tele: (818) 448-1539

    Email: mareinep@aol.com

5

6    Defendants In Pro Per

7    4/22/2022

8

          **SUPERIOR COURT OF STATE OF CALIFORNIA**

9                 **COUNTY OF LOS ANGELES**

10     **MICHAEL ANTONOVICH ANTELOPE VALLEY COURTHOUSE**

| | |
|---|---|
| 11   JUDGE STEPHEN MORGAN, | Case No.: 22AVUD00029 |
| 12   ATTORNEY MATTHEW E. PODMENIK, Esq. (SBN219364), MELISSA ROBBINS | |
| 13   COUTTS Esq. (SBN246723), DEBORAH A. BOYD, Esq. (SBN136296) McCARTHY & | NOTICE TO CALIFORNIA ATTORNEY GENERAL **ROB BONTA** |
| 14   HOLTHUS, LLP (Law Firm) Claimed as "Debt Collector" for FEDERAL HOME | **RE: FRAUD UPON THE COURT** |
| 15   LOAN MORTGAGE CORPORATION, as | |
| 16   trustee for FREDDIE MAC Seasoned Credit | |
|    Risk Transfer Trust, Series 2017-2, as | |
| 17   owner of Related Mortgage Loan, | DEMAND FOR JURY TRIAL UNDER |
| 18   NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, BRITNEY FISHER | COMMON LAW |
| 19   "attorney in fact"; ADRIANA BANUELOS | RESERVE THE RIGHT TO AMEND |
| 20   "Ass. VP", RONALD ALONZO "Ass. Sec." for QUALITY LOAN SERVICE | |
| 21   CORPORATION "Debt Collector", | |
| 22            Plaintiffs, | |
| 23   vs. | |
| 24   Mareine M. Plong & Brendem Plong, | |
| 25   [Sovereign] In Pro Per, and does 1-6 inclusive, | |
| 26 | |
|            Defendants, | |
| 27 | |

28

                         I

## "Fraud On the Court by An Officer of The Court" And Disqualification of STATE JUDGE STEPHEN MORGAN

[ "Couse Rei Purisima Pars"] [The Principle Part of Everything Is In The Beginning]

Defendant Mareine M. Plong [Sovereign being], sovereignty is my god given right. I **DO NOT** need anyone permission. I **DO NOT CONSENT** to the UNITED STATES OF AMERICA, INC., a (fictitious entity / CORPORATION) and its franchisee known as "STATE OF CALIFORNIA CORPORATION" also a (fictitious entity / CORPORATION) both are foreign entities and/or foreign CORPORATIONS owned by the Satanic Globalist Criminals and their Institutions and Agencies with their own so-called 'LEGAL SYSTEMS' known as "MARITIME LAWS, EQUITY LAWS, ADMIRALTY LAWS at both STATE AND FEDERAL levels. THE SUPERIOR COURT OF STATE OF CALIFORNIA COUNTY OF LOS ANGELES MICHAEL ANTONOVICH ANTELOPE VALLEY COURTHOUSE IS PART OF THESE GLOBALIST CORPORATE COURT SYSTEMS operate as foreign entities and/or foreign corporations' rules which designed to robbed me of my "Due Process" of law which guaranteed by the United States Constitution.

The COURT is a (fictitious entity / CORPORATION), and JUDGE **STEPHEN MORGAN** is AN OFFICER OF THE COURT also a (fictitious entity / CORPORATION). **A CORPORATION CANNOT ADMINISTER LAWS ONLY A SOVEREIGN BEING CAN ADMINISTER LAW WITH BOTH INTEREST PARTIES WRITTEN CONSENT.** In this case **non-existed.** JUDGE **STEPHEN MORGAN** is also a foreign agent/employee. Subject matter jurisdictional defects include any of the following, the highlighted defects exist in this case:

1. No Petition in the record of the case, Brown v. Van Kaurene, 340 Ill. 118, 122 (1930)

2. Defective Petition filed, Brown v. Van Kaurene, 340 Ill. 118, 122 (1930)

3. Fraud committed in the procurement of jurisdiction, Freedman Brothers Furniture v. Dept. of Revenue, 109 Ill.2d 202, 486 N.E.2d 893 (1985).

4. Fraud upon the court, In re Village of Willow brook, 37 Ill. App.3d 393 (1962)

5. A Judge **DOES NOT** follow statutory procedure, Armstrong v. Obduction, 300 Ill. 140, 143 (1921).

6. Unlawful activity of a judge, Code of Judicial Conduct.

7. Violation of due process, Johnson v. Zarbist, 304 U.S. 458, 58 S. Ct. 1019 (1938); Pure Oil Co. v. City of Northlake, 10 Ill.2d 241, 245, 140 N.E.2d 289 (1956); Hallberg v. Goldblatt Bros., 363 Ill.25 (1936);

8. If the court exceeded its statutory authority, Rosenstiel v. Rosenstiel, 278 F. Supp. 794 (S.D.N.Y. 1967).

9. Any acts in violation of 11 U.S.C. §362(a), In re Garcia, 109 B.R. 335 (N.D. Illinois, 1989).

10. Where no justiciable issue is presented to the court through proper pleadings, Legon v. Williams, 264 Ill. App.3d 701, 637 N.E.2d 633 (1st Dist. 1994).

11. Where a complaint states no cognizable cause of action against that party, Charles v. Gore, 248 Ill.App.3d 441, 618 N.E.2d 554 (1st Dist. 1993).

12. Where any litigant was represented before a court by a person/law firm that is prohibited by law to practice in that jurisdiction.

13. When the judge is involved in a scheme of bribery (the Aleman cases, Bracey v. Warden, U.S. Supreme Court No. 96-6133; June 9, 1997)

14. Where a summons was not properly issued.

15. Where service of process was not made pursuant to statute and Supreme Court Rules, Janov v. Bacon, 6 Ill. 2d 245, 249, 218 N.E.2d 706, 708 (1955).

16. When the Rules of Circuit Court are not complied with.

Defendant is aware of all the bogus tricks used by the court and an Office of the court in an attempt to force me out of my own home with their FRAUDULENT acts to aid FHLMC as trustee for FREDDIE MAC and its attorneys in their Ponzi-Scheme to steal my home. Defendant will hold the court and an Office of the court JUDGE **STEPHEN MORGAN** liable for their crimes against me and will pay for all the damages done to me.

**FRAUD UPON THE COURT** knowingly and intentionally using these FOREIGN CORPORATE RULES AND REGULATIONS as a mean to entrap me into making a special appearance in their corporate courtroom so that an Officer of the Court can hijack my sovereignty and asserting their illegal and unlawful authorities. Basically, all

these courtroom hearing or proceeding or trial are nothing more than a Ponzi-Scheme employ by the court and the court officer to assert their corporate authorities over unsuspected people. **The court and the court officer (JUDGE) action is in violation of my Constitutional Rights under the Common Law and thus have committed serious criminal offense. EVERY case which has had fraud involved can be re-opened AT ANY TIME, because there are no statutes of limitations on fraud**.

The court define defendant general appearance as a consent. According to *CAL. CIV chapter 3 Section 1567,* <u>an apparent consent is not real or free when obtained through: duress, menace, fraud, undue influence; or mistake</u> *[Enacted 1872].* The court had illegally asserted it authorities WITHOUT MY WRITTEN CONSENT, this is a fraud committed by the Court.

Defendant will only attend hearing or proceeding or trail where there is an injured party present in the courtroom with a valid contract, verifiable prove of claimed, and certify witness. Defendant is aware of the trapped set by the **FRAUDULENT CORPORATE COURT SYSTEMS** designed to hijack my sovereignty wherein the court is in collusion with FEDERAL HOME LOAN MORTGAGE CORPORATION (FHLMC) as trustee for FREDDIE MAC Credit Risk Transfer Trust, Series 2017-2, as owner of Related Mortgage Loan, and its attorneys in aiding and abetting them to steal my property and attempted to force me homeless with their Ponzi-Schemes based on fraud, lies, manipulation, and deception. Defendant is not trying to get my house for FREE. Defendant is trying to stop THE COURT, AN OFFICER OF THE COURT, (FHLMC), as trustee for FREDDIE MAC AND THE ATTORNEYS FROM GETTING MY HOUSE FOR FREE. Defendant "Plongs" **DO NOT CONSENT to any courtroom hearing or proceeding or trial:**

    1). Without verifiable prove of claim present in the courtroom.

    2). Without certify witness present in the courtroom.

    3). Without an injured party present in the courtroom.

Without plaintiffs present a valid contract, verifiable prove of claimed, and certify witness in the courtroom the court **DO NOT** have subject matter jurisdiction. Therefore, **THE COURT MUST SET-ASIDE AND VACATE AN UNLAWFUL DETAINER**

JUDGEMENT AS VOID FOR A FRAUD UPON THE COURT AND FRAUD AGAINST DEFENDANT. [See attachment]

The **Attorney(s) IS/ARE NOT a party to the contract, attorney(s) CANNOT testify. Defendant have filed: 1).** Demand to strike plaintiffs "Notice of Appearance" from the record, a corporation cannot represent itself in court, **2).** Jurisdictional Challenge with an Affidavit. **Both of these documents were denied by the court which they NEVER have subject matter jurisdiction to issue any ruling in the first place**. The court is not interest in seeking the truth because it already knows and have been part of the Ponzi-Schemes.

**FRAUD UPON THE COURT** is where the Judge (who is NOT the "Court") does NOT support or uphold the Judicial Machinery of the Court. The Court is an unbiased, but methodical "creature" which is governed by the Rule of Law... that is, the Rules of Civil Procedure, the Rules of Criminal Procedure, and the Rules of Evidence, all which is overseen by Constitutional law. The Court can ONLY be effective, fair, and "just" if it is allowed to function as the laws proscribe. The said fact is that in MOST Courts across the country, from Federal Courts down to local District courts, have **judges who are violating their oath of office and are NOT properly following these rules, (as most attorney's do NOT as well, and are usually grossly ignorant of the rules and both judges and attorneys are playing a revised legal game with their own created rules) and THIS is a Fraud upon the Court, immediately removing jurisdiction from that Court, and vitiates (makes ineffective - invalidates) every decision from that point on. Any judge who does such a thing is under mandatory, non-discretionary duty to recuse himself or herself from the case**. It is illegal, and **EVERY case which has had fraud involved can be re-opened AT ANY TIME, because there are no statutes of limitations on fraud**.

Judge **Stephen Morgan** is an officer of the court, as well as are all attorneys. A state judge is a state judicial officer, paid by the State to act impartially and lawfully. A federal judge is a federal judicial officer, paid by the federal government to act impartially and lawfully. State and federal attorneys fall into the same general category and must meet the same requirements. A judge is not the court. *People v. Zajic, 88 Ill.App 3d 477, 410 N.E.2d 626 (1980)*.

1    Judge **Stephen Morgan** __DID NOT__ establish subject matter jurisdiction over the

2    case. There's no witness before the court to provide me with jurisdiction". **There is no**

3    **injured party in the court**. The court __DOES NOT__ have jurisdiction without the injure

4    part. The Judge decide upon himself the legal authority in the case. The Judge is

5    obstructing the administrative of Justice that is a criminal offense. **There are no**

6    **statutes of limitations on fraud case which can be __re-opened AT ANY TIME__**.

     Defendants "Plongs" are not subject to this administrative court jurisdiction without an

7    injured party. The Judge __DO NOT__ have any Judicial Authority in this court.

8        Whenever any officer of the court commits fraud during a proceeding in the court,

9    he/she is engaged in "fraud upon the court". *In Bulloch v. United States, 763 F.2d 1115,*

10   *1121 (10th Cir. 1985)*, the court stated "Fraud upon the court is fraud which is directed

11   to the judicial machinery itself and is not fraud between the parties or fraudulent

12   documents, false statements or perjury. ... It is where the court or a member is

13   corrupted or influenced or influence is attempted or where the judge has not performed

14   his judicial function --- thus where the impartial functions of the court have been directly

15   corrupted." "Fraud upon the court" has been defined by the 7th Circuit Court of Appeals

16   to "embrace that species of fraud which does, or attempts to, defile the court itself, or is

17   a fraud perpetrated by officers of the court so that the judicial machinery cannot perform

18   in the usual manner its impartial task of adjudging cases that are presented for

19   adjudication." *Kenner v. C.I.R., 387 F.3d 689 (1968); 7 Moore's Federal Practice, 2d*

20   *ed., p. 512, ¶ 60.23*. The 7th Circuit further stated, "a decision produced by fraud upon

     the court is not in essence a decision at all, and never becomes final."

21       __FRAUD UPON THE COURT__ makes void the orders and judgments of that court.

22   It is also clear and well-settled Illinois law that any attempt to commit "fraud upon the

23   court" vitiates the entire proceeding. *The People of the State of Illinois v. Fred E.*

24   *Sterling, 357 Ill. 354; 192 N.E. 229 (1934)* ("The maxim that fraud vitiates every

25   transaction into which it enters applies to judgments as well as to contracts and other

26   transactions."); *Allen F. Moore v. Stanley F. Sievers, 336 Ill. 316; 168 N.E. 259 (1929)*

27   ("The maxim that fraud vitiates every transaction into which it enters ..."); *In re Village of*

28   *Willow brook, 37 Ill.App.2d 393 (1962)* ("It is axiomatic that fraud vitiates everything.");

     *Dunham v. Dunham, 57 Ill. App. 475 (1894), affirmed 162 Ill. 589 (1896); Skelly Oil Co.*

1   *v. Universal Oil Products Co., 338 Ill. App. 79, 86 N.E.2d 875, 883-4 (1949); Thomas*

2   *Stael v. The American Home Security Corporation, 362 Ill. 350; 199 N.E. 798 (1935).*

3   Under Illinois and Federal law, when any officer of the court has committed "fraud upon

4   the court", the orders and judgment of that court are void, of no legal force or effect.

5       Federal law requires the automatic disqualification of a federal judge under

6   certain circumstances. In 1994, the U.S. Supreme Court held that "Disqualification is

7   required if an objective observer would entertain reasonable questions about the judge's

8   impartiality. If judge's **Stephen Morgan** attitude or state of mind leads a detached

9   observer to conclude that a fair and impartial hearing is unlikely, the judge must be

10  disqualified." *[Emphasis added]. Leaky v. U.S., 114 S. Ct. 1147, 1162 (1994).* Courts

11  have repeatedly held that positive proof of the partiality of a judge is not a requirement,

12  only the appearance of partiality. *Liebenberg v. Health Services Acquisition Corp., 486*

13  *U.S. 847, 108 S. Ct. 2194 (1988)* (what matters is not the reality of bias or prejudice but

14  its appearance); United States v. Balistreri, 779 F.2d 1191 (7th Cir. 1985) (Section

15  455(a) "is directed against the appearance of partiality, whether or not the judge is

16  actually biased.") ("Section 455(a) of the Judicial Code, 28 U.S.C. §455(a), is not

    intended to protect litigants from actual bias in their judge but rather to promote public

    confidence in the impartiality of the judicial process.").

17

18

19  Date: April 22ⁿᵈ, 2022

                               Mareine M. Plong, Defendant in Pro Per

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd, day of April 2022 the foregoing document was filed in
Court, and a copy was mailed out to attorney on record.

*Mareine m plong* 4/22/2022

Mareine M. Plong,
Without Prejudice UCC 1-308

Mareine M. Plong **Permanent Address:**

Rural Route Delivery
c/o 1720 W. Imperial Ave
Lancaster, CA 00000

CALIFORNIA ATTORNEY GENERAL OFFICE
ATTN: ROB BONTA
845 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

JUDGE: STEPHEN MORGAN
MICHAEL ANTONOVICH ANTELOPE VALLEY COURTHOUSE
42011 4th Street West, Dept A14
Lancaster, CA 93534

FRAUD UPON THE COURT BY AN OFFICER OF THE COURT

# PROOF OF SERVICE

I am at all times herein mentioned over the age of eighteen years I am not a
party to the within action or cause, and my current business address is 1720 W.
Imperial Ave, Lancaster, CA 93534.

On April 22, 2022, I Served a copy of the foregoing **NOTICE TO CALIFORNIA
ATTORNEY GENERAL ROB BONTA RE: FRAUD UPON THE COURT** in this matter
and effected service in the following manner:

## BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:

I sealed and prepaid such envelope addressed as stated below, with certified
mail fees thereon and return receipt requested and placed it in the United State Postal
Service located in Lancaster Office, California.

An envelope was addressed to each addressee as follows:

Defendants(s)                          CALIFORNIA ATTORNEY GENERAL OFFICE

Mareine M. Plong                       ROB BONTA
Brendem Plong                          845 SOUTH FIGUEROA STREET
c/o 1720 W. Imperial Ave               LOS ANGELES, CA 90017
Lancaster, CA 93534

Tele: (818) 448-1539
Email: mareinep@aol.com

I declare under penalty of perjury under the laws of California that the foregoing it
true and correct and I could competently testify thereto if called upon to do so.

Date: April 22, 2022.

_____
Rodee Jayavaramoni

## PROOF OF SERVICE

I am at all times herein mentioned over the age of eighteen years I am not a
party to the within action or cause, and my current business address is 1720 W.
Imperial Ave, Lancaster, CA 93534.

On April 22, 2022, I Served a copy of the foregoing **NOTICE TO CALIFORNIA
ATTORNEY GENERAL ROB BONTA RE: FRAUD UPON THE COURT** in this matter
and effected service in the following manner:

### BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:

I sealed and prepaid such envelope addressed as stated below, with certified
mail fees thereon and return receipt requested and placed it in the United State Postal
Service located in Lancaster Office, California.

An envelope was addressed to each addressee as follows:

Defendants(s)                          SUPERIOR COURT OF CALIFORNIA

Mareine M. Plong                       JUDGE: STEPHEN MORGAN
Brendem Plong                          Michael Antonovich A. V. Courthouse
c/o 1720 W. Imperial Ave               42011 4th Street West, Dept A14
Lancaster, CA 93534                    Lancaster, CA 93534

Tele: (818) 448-1539
Email: mareinep@aol.com


I declare under penalty of perjury under the laws of California that the foregoing it
true and correct and I could competently testify thereto if called upon to do so.

Date: April 22, 2022.                  _____

                                       Rodee Jayavaramoni



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee  $3.75
$                        $3.05
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $3.38
$
Total Postage and Fees  $10.16

Sent To *STEPHEN MORGAN - JUDGE*
Street and Apt No., or PO Box No. *4th street west dept A14*
City, State, ZIP+4® *LANCASTER, CA 93534*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Antonovich A.V.
courthouse,
Judge: Stephen Morgan
42011 4th street west, Dept A14
Lancaster, CA 93534

9590 9402 6858 1104 6728 19

2. Article Number (Transfer from service label)
7020 1810 0001 4369 5797

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

USPS TRACKING #

9590 9402 6858 1104 6728 19

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

RODEE JAYANARMONI
c/o 1720 W. Emperral Ave
Lancaster, CA 93534

1
2
3
4
5
6
7
8
9

# EXHIBIT "F"

10    05/20/2022, Filed Notice of Counterclaim for Trespass Wrongful
11  Eviction, Slander, Libel, and Intentional Emotional Distress-the Claim is
12  also against Plaintiff's Assets.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

"In Care of"
Mareine M. Plong,   [Sovereign]
Brendem Plong,     [Sovereign]
1720 W. Imperial Ave
Lancaster, CA [93534]
Tel: (818) 448-1539
Email: mareinep@aol.com

Defendants In Pro Per

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 20 2022

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy

## SUPERIOR COURT NORTH DISTRICT
## ANTELOPE VALLEY COURTHOUSE

JUDGE STEPHEN MORGAN,
Attorney MATTHEW E. PODMENIK, Esq.
(SBN 219364), MELISSA ROBBINS
COUTTS Esq. (SBN 246723), DEBORAH A.
BOYD, Esq. (SBN 136296) for FEDERAL
HOME LOAN MORTGAGE CORPORATION
(Investor), as trustee for FREDDIE MAC
Seasoned Credit Risk Transfer Trust, Series
2017-2, owner of Related Mortgage Loan,
NATIONSTAR MORTGAGE LLC, d/b/a MR.
COOPER (Servicer), BRITNEY FISHER (Its
Attorney in fact); ADRIANA BANUELOS
(Ass. VP), RONALD ALONZO (Ass. Sec.)
for QUALITY LOAN SERVICE
CORPORATION (Debt Collector),

Plaintiffs,

vs.

Mareine M. Plong & Brendem Plong
[Sovereign] In Pro Per, and DOES 1-6
inclusive,

Defendants,

Case No.: 22AVUD00029

**NOTICE OF COUNTERCLAIM FOR TRESPASS WRONGFUL EVICTION, SLANDER, LIBEL, AND INTENTIONAL EMOTIONAL DISTRESS-THE CLAIM IS ALSO AGAINST PLAINTIFF'S ASSETS**

**DEMAND FOR TRIAL BY JURY UNDER COMMON LAW**

**RESERVE THE RIGHT TO AMEND**

## 200,000 PIECES OF ONE-OUNCE SILVER COINS, REAL CURRENCY, MINTED IN THE UNITED STATES CIVIL COUNTERCLAIM FOR, TRESPASS WRONGFUL EVICTION, SLANDER, LIBEL, AND INTENTIONAL EMOTIONAL DISTRESS- THE CLAIM IS ALSO AGAINST THE PLAINTIFF'S ASSETS

['Cujusque Rei Purisima Pars'] [The Principle Part of Everything Is in The Beginning]

The defendant's counterclaim is brought forward under "Common Law," and Under the Uniform Commercial Code. The defendant also cites Federal Case law pursuant to *in Howlett v. Rose, 496 U.S. 356 (1990)* Federal Law and Supreme Court Cases apply to State Court Case (Mareine M. Plong & Brendem Plong [Sovereign Beings]), files her/his **COUNTERCLAIM against** Plaintiffs/Attorney **MATTHEW E. PODMENIK, Esq. (SBN 219364), MELISSA ROBBINS COUTTS Esq. (SBN 246723), DEBORAH A. BOYD, Esq. (SBN 136296) McCARTHY & HOLTHUS, LLP (LAW FIRM) for FEDERAL HOME LOAN MORTGAGE CORPORATION (Investor "FHLMC"), as trustee for FREDDIE MAC (FREDDIE) Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of Related Mortgage Loan, NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER (Servicer "MR. COOPER") BRITNEY FISHER Its Attorney in fact; ADRIANA BANUELOS (Ass. VP), RONALD ALONZO (Ass. Sec.) for QUALITY LOAN SERVICE CORPORATION (Debt Collector "QLS"), STATE COURT, and an OFFICER OF THE COURT JUDGE STEPHEN MORGAN** for trespass, wrongful eviction, slander, libel and the intentional infliction of emotional distress, and states: **The eviction court judge CANNOT acted without jurisdiction is in violation of the constitution law.** The defendants were provided constructive evidence (a copy of file stamped wrongful foreclosure lawsuit filed in Federal court) proving there is a title dispute on the record in a higher court. The third-party buyer FHLMC as trustee for FREDDIE MAC Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of Related Mortgage Loan, in this civil action is not entitled to a level of protection superior to that of an aggrieved defendants because **the DEBT COLLECTOR DID NOT provide any verifiable prove that the alleged DEBT EXIST by present evidence to the court and defendants for verification and validation.** The defendants were notified there is a title dispute with the property and the third-party FHLMC as trustee for FREDDIE MAC and MR. COOPER the eviction court judge

**CANNOT** ignored the title dispute. **The eviction court judge CANNOT granted judgment without jurisdiction is in violation of the constitution law**. The wrongful foreclosure lawsuit was pending in Federal Court and plaintiffs continued with the wrongful eviction injuring the defendants. **The homeowner filed an "Action to Complaint for Wrongful Foreclosure Declaratory Relief and for Damages Arising"** lawsuit against the foreclosing and the force eviction by Attorney MATTHEW E. PODMENIK, Esq. (SBN 219364), MELISSA ROBBINS COUTTS Esq. (SBN 246723), DEBORAH A. BOYD, Esq. (SBN 136296) McCARTHY & HOLTHUS, LLP (law firm), claimed as Debt Collector for FHLMC as trustee for FREDDIE MAC, and Servicer MR. COOPER, BRITNEY FIHSER its attorney in fact; ADRIANA BANUELOS "Ass. VP", RONALD ALONZO "Ass. Sec." for QUALITY LOAN SERVICE CORPORATION Debt Collector "QLS". This lawsuit is filed in Federal Court along with a "restraining order-injunction" to block the foreclosure and force eviction until the wrongful foreclosure lawsuit can be determined in Federal Court. The homeowner filed a lawsuit in Federal Court and created a title dispute whereby Eviction Court no longer had jurisdiction. If all matters between the parties **CANNOT** be adjudicated in the justice court in which the forcible entry and detainer proceedings are pending due to the justice court's limited subject matter jurisdiction, either party may maintain an action in a court of competent jurisdiction for proper relief." It is also inappropriate to raise issues of title since justice courts **DO NOT** have authority over suits "for trial of title to land. . .." Jurisdiction over title issues generally resides with district or Federal Courts. The homeowner's filed a motion to challenge the court's jurisdiction and a second notice of removal to transfer the eviction case over to Federal Court to be moot until the title dispute can be determined.

## I.    Reservation of Rights:

1.1    I have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law.

1.2    The code is complimentary to the common law, which remains in force, except where displaced by the code.

1.3    A statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law.

1.4    The code was written as not to abolish the common law entirely.

1.5    I was not involved with an international maritime contract, so in good faith, I deny that such a contract exists, and demand the court proceed under Common Law Jurisdiction.

1.6    I'm only aware of two jurisdictions the court can operate under as per the Constitution and those jurisdictions are Common Law and Admiralty Jurisdiction.

1.7    If the court chooses to proceed under Admiralty Jurisdiction, I' will need the court to inform me where I' can find the rules of procedures for admiralty jurisdiction for my review, to avoid a violation of my due process, which will result in a civil claim against the court for obstruction of the administration of justice.

## II. Parties:

2. 1    MATTHEW E. PODMENIK, Esq. (SBN 219364), MELISSA ROBBINS COUTTS Esq. (SBN 246723), DEBORAH A. BOYD, Esq. (SBN 136296) McCARTHY & HOLTHUS, LLP (Law Firm), are all residents of San Diego County, California.

2.2    JUDGE STEPHEN MORGAN for SUPERIOR COURT NORTH DISTRICT ANTELOPE VALLEY COURTHOUSE 42011 4TH STREET WEST, LANCASTER, CA 93534.

2.3    FHLMC as trustee for FREDDIE MAC and MR. COOPER, Servicer Its attorney in fact BRITNEY FISHER is all resident of Denton County, State of Texas.

2.4    QLS as Debt Collector ADRIANA BANUELOS (Ass. VP) are resident of San Diego, County, California.

2.5    The defendants (Mareine M. Plong & Brendem Plong, [Sovereign Being]) are resident of Los Angeles County, State of California.

## III. Jurisdiction and Venue:

3.1    Jurisdiction is proper in this Court as the relief requested falls within the jurisdictional limits of the Court.

3.2    Venue is proper in Los Angeles County, California, pursuant to (California) Civil Practice and Remedies Code because among other reasons all, or a substantial portion, of the events involved in this lawsuit occurred in Los County, California.

3.3 Jurisdiction is proper in this Court as the damages fall within the jurisdictional limits of this Court.

3.4 The defendants seek monetary relief over **200,000 PIECES OF ONE-OUNCE SILVER COINS, REAL CURRENCY, MINTED in the United States and the "Assets of the plaintiffs**.

## IV. Remedy and Recourse:

4.1 Every system of civilized law must have two characteristics: Remedy and Recourse. Remedy is a way to get out from under that law, and you recover your loss.

4.2 The Common Law, the Law Merchants, and even the Uniform Commercial Code all have remedy and recourse.

4.3 The Remedy and Recourse are found in the UCC. They are found right in the first volume, at 1-308 (old 1-207) and 1 Recourse.

4.4 The Recourse appears in the Uniform Commercial Code at 1-103.6, which says: The Code is complimentary to the Common Law, which remains in force, except where displaced by the code.

4.5 A statute should be construed in harmony with the Common Law unless there is a clear legislative intent to abrogate the Common Law.

## V. Elements for Trespass:

5.1 Trespass to land is the common law tort that is committed when an individual or object of an individual intentionally or negligently enters onto another's property without the legal right to do so.

5.2 The elements to trespass to land is as follows: An actual interference with the right of exclusive possession (known as "entry element"); and an intent or negligence in entering the land of another.

## VI. Elements for Wrongful Eviction:

6.1 Forcing the homeowners to move and changing the locks on the home,

6.2 Removing the tenant's personal belongings from the home;

6.3 Shutting off the tenant's utilities (like water, electricity, and heat);

6.4 Failing to provide notice of legal eviction proceedings; and

6.5 Threatening, intimidating, or physically harming a tenant.

## VII. Elements for Slander:

7.1   The plaintiff made a false and defamatory statement concerning the defendants.

7.2   The plaintiff made an unprivileged publication to a third party; and

7.3   The publisher acted at least negligently in publishing the communication.

## VIII. Elements of Intentional Infliction of Emotional Distress:

8.1   Intentional infliction of emotional distress applicable when "a defendant intentionally inflicts severe emotional distress in a manner so unusual that the victim has no other recognized theory of redress."

8.2   The elements of the tort are: a) the plaintiffs acted intentionally or recklessly; b) the plaintiff's conduct was extreme and outrageous; c) the conduct caused the defendant emotional distress; and d) the emotional distress was severe. Id.

## IX. Common Law Claim Elements:

9.1   Controversy (Counterclaim)

9.2   Specific Claim (Trespass, wrongful eviction, slander, libel, and intentional infliction of emotional distress.

9.3   Specific Remedy Sought by Claimant **200,000 PIECES OF ONE-OUNCE SILVER COINS, REAL CURRENCY, MINTED in the United States and the Assets of plaintiffs.**

9.4   Claim Must be Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

## X. Plain Statement of Facts That Make Up the Claim:

10.1   The homeowner's filed their counterclaim for "wrongful foreclosure" in eviction court creating a title dispute.

10.2   The eviction court **DO NOT** have jurisdiction to make a determination in a property dispute.

10.3   The right to immediate possession can only be determined after the property dispute has been settled.

10.4   The third-party in this civil action is not entitled to a level of protection superior to that of an aggrieved real homeowner because they **DID NOT** follow the rules of law and the attorney unlawfully continued with the wrongful foreclosure and wrongful eviction process.

10.5   The third-party was provided constructive notice that there is a title dispute with the property and the attorneys ignored the title dispute and the fact the wrongful foreclosure lawsuit was pending in Federal Court creating a title dispute.

10.6   The homeowner's filed a "wrongful foreclosure" lawsuit against the foreclosing attorney, the attorney's law firm and lender.

10.7   This lawsuit was filed in Federal Court along with a "restraining order-injunction" to block the foreclosure and eviction until the wrongful foreclosure lawsuit can be determined in Federal Court.

10.8   The homeowner's filed a lawsuit in Federal Court, this created a title dispute whereby Eviction Court no longer had jurisdiction.

10.9   Eviction court **DOES NOT** have jurisdiction to hear title disputes, so the third-party **DID NOT** provide any evidence that the alleged DEBT EXIST by present evidence to the court and defendants for verification and validation and the attorney unlawfully continued with the wrongful foreclosure and eviction process.

# XI. Lack of Jurisdiction:

11.1  Justice courts have original jurisdiction in eviction cases. CCP 86 provides: Each municipal and justice court has original jurisdiction of civil case and proceedings as follows ... in all proceedings in forcible entry or forcible or unlawful detainer where the whole amount of damages claimed is twenty-five thousand dollars ($25,000) or less ...

11.2  If all matters between the parties cannot be adjudicated in the justice court in which the forcible entry and detainer proceedings are pending due to the justice court's limited subject matter jurisdiction, then either party may maintain an action in a court of competent jurisdiction for proper relief."

11.3  It is also inappropriate to raise issues of title, since justice courts do not have authority over suits "for trial of title to land. . . ." (The Government Code of California provides that, after being acknowledged (executed in front of a Notary Public, or properly witnessed as provided by applicable law), any instrument or judgment affecting the title to, or possession of real property may be recorded. See Government Code Sections 27201, 27201.5, 27287, and 27288.). Jurisdiction over title issues generally resides with district or Federal Courts.

11.4  The State Court has no Jurisdiction to Resolve Title Issues A justice court does not have jurisdiction to resolve issues regarding title to real property (determining who owns the property). Government Code § 27.031(b) (4); Rule 510.3(e).

11.5  If a justice court is unable to determine who has the right to possession without resolving a title dispute, then the court **DOES NOT** have jurisdiction of that case. Aguilar v. Weber; Haith v. Drake.

11.6  In this situation the court should either: a. Abate (or stay) the case pending a determination of the title issue in a court of competent jurisdiction, such as a district court; or b. Dismiss the case without prejudice so that it can re-file it once the title issue has been resolved.

11.7 "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." *Melo v. US, 505 F2d 1026*. "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." *Hagans v. Lavine, 415 U. S. 533*.

11.8 In the Supreme Court cases you will find that jurisdiction can be challenged at any time and in the case of Lopez it was a jury trial which was declared void for want of jurisdiction.

11.9 If it [jurisdiction] doesn't exist, it cannot justify conviction or judgment. ...without which power (jurisdiction) the state **CANNOT** be said to be "sovereign." At best, to proceed would be in "excess" of jurisdiction which is as well fatal to the State's/USA 's cause. *Broom v. Douglas, 75 Ala 268, 57 So 860* the same being jurisdictional facts FATAL to the government's cause (*e.g., see in re FNB, 152 F 64*).

11.10 A judgment rendered by a court without personal jurisdiction over the defendant is void. It is a nullity. [A judgment shown to be void for lack of personal service on the defendant is a nullity.] *Sramek v. Sramek, 17 Kan. App. 2d 573, 576-77, 840 P.2d 553 (1992), rev. denied 252 Kan. 1093 (1993)*.

11.11 "A court **CANNOT** confer jurisdiction where none existed and **CANNOT** make a void proceeding valid. It is clear and well-established law that a void order can be challenged in any court" OLD WAYNE MUT. L. ASSOC. v. McDonough, 204 U. S. 8, 27 S. Ct. 236 (1907).

## XII. Obstruction of The Administration of Justice:

12.1 Under both the Fifth and Fourteenth Amendments to the U.S. Constitution, neither the Federal government nor State governments may deprive any person of "life, liberty, or property without Due Process of Law." A similar Due Process provision was found in the Magna Carta, as well as early state constitutions.

12.2   Chief Justice William Howard Taft explained the purpose behind the clauses in *Truax v. Corrigan* (1921) as follows: "The Due Process clause requires that every man shall have the protection of his day in court, and the benefit of the general law, a law which hears before it condemns, which proceeds not arbitrarily or capriciously, but upon inquiry, and renders judgment only after trial, so that every citizen shall hold his life, liberty, property, and immunities under the protection of the general rules which govern society.

12.3   It, of course, tends to secure equality of law in the sense that it makes a required minimum of protection for everyone's right of life, liberty, and property, which the Congress or the Legislature may not withhold." Courts have interpreted the Due Process clauses as providing two distinct limitations on government.

12.4   First, the clauses provide for procedural Due Process, which requires the government to follow certain procedures before it deprives a person of life, liberty, or property.

12.5   Cases that address procedural Due Process usually focus on the type of notice that is required of the government or the type of hearing that must be held when the government takes a particular action. Second, the clauses establish substantive Due Process, under which courts determine whether the government has sufficient justification for its actions. Because courts use substantive Due Process to protect certain fundamental rights of U.S. National and State Citizens, issues related to substantive Due Process have been the subject of extensive debate.

## XIII. Facts:

13.1   This wrongful eviction is in violation of the law because the question of title is intertwined with the issues of immediate possession.

13.2   When the question of title is intertwined with the issue of possession, then possession may not be adjudicated without first determining title.

13.3   In such a case involving a genuine issue of title, neither the Justice Court nor the County Court at Law on appeal has jurisdiction.

13.4   The issues of title and possession are intertwined in this case because of the allegations of this case. If defendant prevails in this case, the title to Property is established and she/he has and will continue to have the right to possession of the property.

**Count One**

Unlawful Trespass.

**Count Two**

Wrongful Foreclosure.

**Count Three**

Slander.

**Count Four**

Intentional Infliction of Emotional Stress.

**Count Five**

Wrongful Eviction

**Prayer:**

Defendant prays the Plaintiff's be cited to appear and answer, and that this Court vacate the eviction judgment and grant relief, including punitive, declaratory, and injunctive damages. The defendant also requested hearing and issue such writs and processes to preserve the defendant's title and possession of the Property to Defendant as requested herein, together with damages and legal fees and further prays the court grant further what the court deems just and fair.

Mareine M. Plong, In Pro Per

Without Prejudice 1-308

# Certificate of Service

A copy of this document was mailed to the court and a copy was mailed to the parties and the agency listed below.

Date: May 20th, 2022.

Mareine M. Plong, In Pro Per

Without Prejudice 1-308

Mareine M. Plong **permanent resident:**

Rural Route Delivery
c/o 1720 W. Imperial Ave
Lancaster, California 00000

Mailing to the following:

Plaintiffs/Attorneys

MATTHEW E. PODMENIK, Esq.
MELISSA ROBBINS COUTTS Esq.
DEBORAH A. BOYD, Esq.
McCARTHY & HOLTHUS, LLP.
411 Ivy Street
SAN DIEGO, CA 92101
Tele: (619) 685-4800
Fax: (619) 685-4811
Email: dboyd@mccarthyholthus.com

COURT

SUPERIOR COURT NORTH DISTRICT
ANTELOPE VALLEY COURTHOUUSE
JUDGE: STEPHEN MORGAN
42011 4TH STREET WEST
LANCASTER, CA 93534

# VERIFICATION

I, Mareine M. Plong [Sovereign Being], declare under penalty of perjury in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

*Mareine M. Plong*

Mareine M. Plong, Defendant in Pro Per

Without Prejudice UCC 1-308

# CALIFORNIA ACKNOWLEDGMENT

"A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

**Jurat**

State of California        )
                           ) ss
County of Los Angeles      )

Subscribed and sworn to (or affirmed) On this 11th day of May, 2022 before me, the undersigned, _Megan C. Carranza_, a Notary Public in and for the State of California, Mareine M. Plong [Sovereign], personally appeared the above-signed, and prove to me to be the both whose name is signed on this instrument and has acknowledged to me that she has Executed the same. Witness my hand and seal:

Signed: _____

Printed Name: ___Megan C Carranza___

My Commission Expires: __08-14-2022__

Date: __05-11-2022__ Common Law Seal:

MEGAN C. CARRANZA
Notary Public - California
Los Angeles County
Commission # 2254196
My Comm. Expires Aug 14, 2022

13
Wrongful Eviction Civil Counterclaim

PAID

FILED

MAY - 3 2022

2022 MAY -3 PM 7: 15

EEE

1   "In Care of'"
2   Mareine M. Plong    [Sovereign]
    Brendem Plong    [Sovereign]
3   1720 W. Imperial Ave
    Lancaster, CA 93534
4   Phone | (818) 448-1539
    Email: mareinep@aol.com
5
6   Plaintiffs In Pro Per

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9
10  Mareine M. Plong & Brendem Plong          Case No.:
    [Sovereign] In Pro Per,
11                                            LACV22-2939-MEMF(GJSx)
              Plaintiffs,
                                             COMPLAINT FOR WRONGFUL
12  vs.                                      FORECLOSURE DECLARATORY RELIEF
                                             AND FOR DAMAGES ARISING
13
    BRITNEY FISHER (attorney in fact) for    1.  LACK OF STANDING FORECLOSE
14  FEDERAL HOME LOAN MORTGAGE               2.  BREACH OF CONTRACT
    CORPORATION, as trustee for FREDDIE      3.  FRAUD BY CONCEALMENT
15  MAC seasoned credit risk transfer trust, 4.  FRAUD BY INDUCMENT
16  series 2017-2, as owner of related       5.  INTENTIONAL INFLICTION OF
    mortgage loan, NATIONSTAR                    EMOTIONAL DISTRESS
17  MORTGAGE LLC, d/b/a MR. COOPER           6.  SLANDER OF TITLE
    (SERVICER); QUALITY LOAN SERVICE         7.  QUIET TITLE
18  CORP. (Debt Collector) ADRIANA           8.  DECLARATORY RELIEF
19  BANUELOS (ASS. VP), RONALD ALONZO        9.  VIOLATION OF TILA, 15 U.S.C. §2601,
    (Ass. Secretary.); McCARTHY &                et seq.
20  HOLTHUS, LLP (Law Firm) Attorney         10. VIOLATION OF RESPA 15 U.S.C §2601,
    MATTHEW E. PODMENIK, Esq. (SBN               et seq.
21  219364), MELISSA ROBBINS COUTTS          11. VIOLATION OF BUSINESS AND
    Esq. (SBN 246723), DEBORAH A. BOYD,          PROFESSIONAL CODE SECTION 17200
22  Esq. (SBN 136296), and DOES 1 through    12. VIOLATION OF§1788.17 OF THE RFDCPA
23  100 inclusive,                           13. VIOLATION OF CIVIL CODE §1572
                                             14. TEMPORARY RESTRAINING ORDER
24                                               INJUNCTIVE RELIEF
                                             15. CANCELLATION OF INSTRUMENTS
25            Defendants.                    DEMAND FOR JURY TRIAL
26                                           RESERVE THE RIGHT TO AMEND
27
    TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
28                              RECORD

                                      1
    COMPLAINT FOR WRONGFUL FORECLOSURE, DECLARATORY RELIEF, ETC.